# Exhibit C

# Sean Matt

| | |
|---|---|
| **From:** | Sean Matt |
| **Sent:** | Tuesday, May 24, 2016 2:01 PM |
| **To:** | Sigler, Geoffrey (GSigler@gibsondunn.com); eric.knapp@squirepb.com |
| **Cc:** | Steve Berman; James Cecchi; Lindsey H. Taylor (LTaylor@carellabyrne.com) |
| **Subject:** | June 1 deadline |

Geoff-

Following up on today's telephonic meet-and-confer and Mercedes' request that the parties stipulate to a joint request asking the Court to continue until June 15 the June 1 deadline to submit relevant orders, sorry, but there is no appetite for further delay on this end. Magistrate Judge Dickson issued his order setting the June 1 deadline back on May 10, and we provided Mercedes with Plaintiffs' draft discovery plan on May 16. And we've been discussing a draft Preservation Order since March.

Plaintiffs intend to abide by the June 1 deadline set by the Court. Please provide the draft orders that you referenced on the call as soon as you can.

Regards,

Sean Matt | Partner
**Hagens Berman Sobol Shapiro LLP**
1918 Eighth Ave Suite 3300 - Seattle, WA 98101
Direct: (206) 268-9327
Sean@hbsslaw.com | www.hbsslaw.com | HBSS Blog



Named to **2015 Plaintiff's Hot List** by *The National Law Journal*

 

1