**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Lucas C. Townsend
Direct: +1 202.887.3731
Fax: +1 202.530.4254
LTownsend@gibsondunn.com

July 6, 2016

VIA ECF & FACISMILE

The Honorable Jose L. Linares
United States District Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, NJ 07101

Re:   *In re Mercedes-Benz Emissions Litigation*, Case No. 16-881(JLL)(JAD)

Dear Judge Linares:

This firm and co-counsel at Squire Patton Boggs (US) LLP represent defendants Daimler AG and Mercedes-Benz USA, LLC (collectively, "Defendants") in the above-captioned action. I write to respectfully request the Court's permission for Defendants to file an over-length brief in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated and Amended Class Action Complaint and to Compel Arbitration, which is due on July 8, 2016.

Defendants seek permission to file a brief that is 40 pages, Times New Roman, 12-point proportional font, which is a ten-page extension of the 30-page limit provided under Local Civil Rule 7.2. While we have exerted, and will continue to exert, our best efforts to set forth our argument as concisely and efficiently as possible, we believe that the additional pages are necessary to fully and fairly address the claims asserted in plaintiffs' 411-page Consolidated and Amended Class Action Complaint.

Counsel for the plaintiffs have consented to this request, and we thank Your Honor for considering it.

Respectfully,


/s/ Lucas C. Townsend


cc: All Counsel of Record

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.