IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-cv-881 (JLL) (JAD)<br><br>Motion Date: August 1, 2016<br><br>**ELECTRONICALLY FILED**<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS MERCEDES-BENZ USA, LLC'S AND DAIMLER AG'S
NOTICE OF MOTION TO DISMISS AND TO COMPEL ARBITRATION
PURSUANT TO FED. R. CIV. P. 8(a), 9(b), 12(b)(1), AND 12(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1, Defendants Mercedes-Benz USA, LLC and Daimler AG ("Defendants") shall move before the Honorable Jose L. Linares, U.S.D.J., on August 1, 2016, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing with prejudice all claims alleged against them in plaintiffs' Consolidated and Amended Class Action Complaint ("CAC") (Dkt. No. 17), and directing certain plaintiffs to arbitration.

**PLEASE TAKE FURTHER NOTICE** that Defendants move to dismiss the CAC pursuant to: (1) Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction; and (2) Rules 8(a), 9(b), and 12(b)(6) for failure to satisfy the requisite pleading standards and to state a claim upon which relief can be granted. Defendants will also move pursuant to Rule 12 for an order directing plaintiffs Gwendolyn Andary, Darrell Feller, and Gina McVey to arbitration if the Court determines that it has jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying Memorandum of Law and Declaration of Lawrence Fleming,

1

including the exhibits and appendices attached thereto, any reply papers, and oral argument, if any. A proposed form of Order is also submitted.

      **PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  July 8, 2016                                            Respectfully Submitted,

                                                                                    GIBSON, DUNN & CRUTCHER LLP

                                                                                    By:  s/     Lucas C. Townsend
                                                                                             Lucas C. Townsend

| | |
|---|---|
| Matthew J. Kemner | Daniel W. Nelson |
|   *admitted pro hac vice* |   *admitted pro hac vice* |
| Troy M. Yoshino | Geoffrey M. Sigler |
|   *admitted pro hac vice* |   *admitted pro hac vice* |
| Eric J. Knapp | Lucas C. Townsend |
|   *admitted pro hac vice* | Chantale Fiebig |
| Squire Patton Boggs (US) LLP |   *admitted  pro hac vice* |
| 44 Montgomery Street, Suite 400 | Gibson, Dunn & Crutcher LLP |
| San Francisco, California 94104 | 1050 Connecticut Avenue, N.W. |
| Tel: (415) 743-2441 | Washington, DC 20036-5306 |
| Fax: (415) 989-0932 | Tel: (202) 887-3731 |
| | Fax: (202) 530-4254 |

                 *Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG*