# APPENDIX B:
# Independent Grounds for Dismissal of Fraudulent Concealment Claims (Section V of Mem. of Law)[*]

| State Subclass | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|
| NJ[1] | Count III ¶¶ 185-204 (Caputo) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *In re Magnesium Oxide Antitrust Litig.*, 2011 WL 5008090, at *23 (D.N.J. Oct. 20, 2011) (reliance); *Arcand v. Brother Int'l Corp.*, 673 F. Supp. 2d 282, 305 (D.N.J. 2009) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *Bracco Diagnostics Inc. v. Bergen Brunswig Drug Co.*, 226 F. Supp. 2d 557, 565 n.3 (D.N.J. 2002) |
| AL | Count III ¶¶ 218-237 (Mose) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Garcia v. Chrysler Grp. LLC*, 127 F. Supp. 3d 212, 234 (S.D.N.Y. 2015) (reliance); *Pearson's Pharmacy, Inc. v. Express Scripts, Inc.*, 505 F. Supp. 2d 1272, 1277-78 (M.D. Ala. 2007) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| AZ | Count III ¶¶ 259-278 (Vidal) | Failure to satisfy Rule 9(b) with respect to reliance | *Hearn v. R.J. Reynolds Tobacco Co.*, 279 F. Supp. 2d 1096, 1114 (D. Ariz. 2003) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| CA | Count V ¶¶ 330-349 (Roberts; Andary; Dr. Roberts; Smith) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *McVicar v. Goodman Glob., Inc.*, 1 F. Supp. 3d 1044, 1058-59 (C.D. Cal. 2014) (reliance); *Sanders v. Apple Inc.*, 672 F. Supp. 2d 978, 985 (N.D. Cal. 2009) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| CO | Count III ¶¶ 373-392 (Hall; McVey) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Wood v. Houghton Mifflin Harcourt Publ'g Co.*, 569 F. Supp. 2d 1135, 1141 (D. Colo. 2008) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

---

[*] This appendix addresses grounds specific to dismissal of plaintiffs' fraudulent concealment claims.

[1] Plaintiffs also bring claims on behalf of the putative nationwide class under New Jersey law. CAC at 94.

APPENDIX B:
**Independent Grounds for Dismissal of Fraudulent Concealment Claims (Section V of Mem. of Law)**

| State Subclass | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|
| CT | Count III ¶¶ 416-435 (Lingua) | No separate cause of action for fraudulent concealment exists | *Traylor v. Awwa*, 899 F. Supp. 2d 216, 225 (D. Conn. 2012) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| DE | Count III ¶¶ 458-477 (Fox) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *TruePosition Inc. v. Andrew Corp.*, 507 F. Supp. 2d 447, 462 (D. Del. 2007) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| FL | Count III ¶¶ 500-519 (Watkins) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Aprigliano v. Am. Honda Motor Co.*, 979 F. Supp. 2d 1331, 1342 (S.D. Fla. 2013) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *Burns v. Winnebago Indus., Inc.*, 2013 WL 4437246, at *3-4 (M.D. Fla. Aug. 16, 2013) |
| GA | Count III ¶¶ 542-561 (Ngwashi; Hamilton) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Garcia v. Chrysler Grp. LLC*, 127 F. Supp. 3d 212, 234 (S.D.N.Y. 2015) (reliance); *McCabe v. Daimler AG*, --- F. Supp. 3d ----, 2015 WL 10091635, at *9 (N.D. Ga. Aug. 20, 2015) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| ID | Count III ¶¶ 585-604 (Morgan) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Long Rockwood VII, LLC v. Rockwood Lodge, LLC*, 2016 WL 335853, at *8-9 (D. Idaho Jan. 26, 2016) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| IL | Count III ¶¶ 629-648 (Melnyk) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *McMahan v. Deutsche Bank AG*, 938 F. Supp. 2d 795, 803, 805 (N.D. Ill. 2013) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| KY | Count III ¶¶ 671-690 (Downs) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Garcia v. Chrysler Grp. LLC*, 127 F. Supp. 3d 212, 234 (S.D.N.Y. 2015) (reliance); *Morris Aviation, LLC v. Diamond Aircraft Indus., Inc.*, 730 F. Supp. 2d 683, 697-98 (W.D. Ky. 2010) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| MD | Count III ¶¶ 712-731 (Fraga-Errecart; Zavareei) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *EndoSurg Med., Inc. v. EndoMaster Med., Inc.*, 71 F. Supp. 3d 525, 555-56 (D. Md. 2014) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| MA | Count III ¶¶ 739-758 (Garmey; Gates) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *JSB Indus., Inc. v. Nexus Payroll Servs., Inc.*, 463 F. Supp. 2d 103, 107 (D. Mass. 2006) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

APPENDIX B:
Independent Grounds for Dismissal of Fraudulent Concealment Claims (Section V of Mem. of Law)

| State Subclass | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|
| MI | Count III ¶¶ 781-800 (O'Neal) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Garcia v. Chrysler Grp. LLC*, 127 F. Supp. 3d 212, 234 (S.D.N.Y. 2015) (reliance); *Farrell v. Harvey Elam Fair Value Appraisal Servs.*, 2012 WL 1080522, at *3 (E.D. Mich. Feb. 29, 2012) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| MN | Count III ¶¶ 823-842 (Wolford) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Iverson v. Johnson Gas Appliance Co.*, 172 F.3d 524, 529 (8th Cir. 1999) (reliance); *Taylor Inv. Corp. v. Weil*, 169 F. Supp. 2d 1046, 1064 (D. Minn. 2001) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| MO | Count III ¶¶ 865-884 (Thorson; Yun) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *TAMKO Bldg. Prods., Inc. v. Factual Mut. Ins. Co.*, 890 F. Supp. 2d 1129, 1142-43 (E.D. Mo. 2012) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *22 (D.N.J. Oct. 26, 2015) |
| MT | Count III ¶¶ 908-927 (Silverio) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Batten v. Watts Cycle & Marine, Inc.*, 783 P.2d 378, 380-81 (Mont. 1989) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| NV | Count III ¶¶ 948-967 (Reed; Yanus) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Rivera v. Philip Morris, Inc.*, 395 F.3d 1142, 1154 (9th Cir. 2005) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| NY | Count IV ¶¶ 1005-1024 (Weiss; Laurino) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Catalano v. BMW of N. Am., LLC*, --- F. Supp. 3d ----, 2016 WL 844832, at *13 (S.D.N.Y. Mar. 1, 2016) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *22 (D.N.J. Oct. 26, 2015) |
| NC | Count III ¶¶ 1047-1066 (Minerva; Holbrook) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Breeden v. Richmond Cmty. Coll.*, 171 F.R.D. 189, 194 (M.D.N.C. 1997) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *22 (D.N.J. Oct. 26, 2015) |
| OH | Count III ¶¶ 1089-1108 (Deutsch) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *First Prop. Grp., Ltd. v. Behr Dayton Thermal Prods., LLC*, 2011 WL 4073851, at *5 (S.D. Ohio 2011) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| PA | Count III ¶¶ 1131-1150 (Dingle) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Gaines v. Krawczyk*, 354 F. Supp. 2d 573, 586 (W.D. Pa. 2004) (reliance); *McLaughlin v. Bayer Corp.*, --- F. Supp. 3d ----, 2016 WL 1161578, at *13 (E.D. Pa. Mar. 22, 2016) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *Werwinski v. Ford Motor Co.*, 286 F.3d 661, 679-681 (3d Cir. 2002) |

3

APPENDIX B:
**Independent Grounds for Dismissal of Fraudulent Concealment Claims (Section V of Mem. of Law)**

| State Subclass | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|
| TN | Count III ¶¶ 1174-1193 (Daschke) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Smith v. Pfizer Inc.*, 688 F. Supp. 2d 735, 752 (M.D. Tenn. 2010) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| TX | Count III ¶¶ 1217-1236 (Patel; Jordan) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Garcia v. Chrysler Grp. LLC*, 127 F. Supp. 3d 212, 234 (S.D.N.Y. 2015) (reliance); *TXI Operations, LP v. Pittsburg & Midway Coal Mining Co.*, 2004 WL 2088911, at *1 (N.D. Tex. Sept. 8, 2004) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| UT | Count III ¶¶ 1260-1279 (Dilgisic; Knight) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Precision Vascular Sys., Inc. v. Sarcos, L.C.*, 199 F. Supp. 2d 1181, 1191 (D. Utah 2002) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| VA | Count III ¶¶ 1302-1321 (Lynevych; Feller) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Arcand v. Brother Int'l Corp.*, 673 F. Supp. 2d 282, 305 n.11 (D.N.J. 2009) (reliance); *White v. Potocska*, 589 F. Supp. 2d 631, 642 (E.D. Va. 2008) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *22 (D.N.J. Oct. 26, 2015) |
| WA | Count III ¶¶ 1344-1362 (Medler; Rolle) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Landstar Inway, Inc. v. Samrow*, 325 P.3d 327, 337 (Wash. Ct. App. 2014) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| WV | Count III ¶¶ 1389-1408 (Edwards) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Kessel v. Leavitt*, 511 S.E.2d 720, 752 (W. Va. 1998) (reliance); *Livingston v. K-Mart Corp.*, 32 F. Supp. 2d 369, 374 (S.D. W. Va. 1998) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| WI | Count III ¶¶ 1432-1451 (Dannberg) | Failure to satisfy Rule 9(b) with respect to reliance and duty to disclose | *Staudt v. Artifex Ltd.*, 16 F. Supp. 2d 1023, 1030-31 (E.D. Wis. 1998) (reliance); *Van Den Heuvel v. A.I. Credit Corp.*, 951 F. Supp. 2d 1064, 1073-74 (E.D. Wis. 2013) (duty to disclose) |
| | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

4