**APPENDIX C:**
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**[*]

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| NJ[1] | New Jersey Consumer Fraud Act (NJSA §§ 56:8-1, *et seq.*) | Count I ¶¶ 165-179 (Caputo) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | NJSA § 56:8-2; *Frederico v. Home Depot*, 507 F.3d 188, 200 (3d Cir. 2007) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Adamson v. Ortho-McNeil Pharm., Inc.*, 463 F. Supp. 2d 496, 501 (D.N.J. 2006) |
| | | | Failure to satisfy Rule 9(b) with respect to ascertainable loss | *In re Riddell Concussion Reduction Litig.*, 77 F. Supp. 3d 422, 433 (D.N.J. 2015) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| AL | Alabama Deceptive Trade Practices Act (Ala. Code §§ 8-19-1, *et seq.*) | Count I ¶¶ 205-212 (Mose) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Ala. Code § 8-19-10(a); *Billions v. White & Stafford Furniture Co.*, 528 So. 2d 878, 880 (Ala. Civ. App. 1988) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Lynn v. Fort McClellan Credit Union*, 2013 WL 5707372, at *7 (N.D. Ala. Oct. 21, 2013) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by statute of limitations | Ala. Code § 8-19-14 |
| | | | Failure to provide pre-suit notice to Daimler AG | Ala. Code § 8-19-10(e) |
| AZ | Arizona Consumer Fraud Act (Ariz. Rev. Stat. §§ 44-1521, *et seq.*) | Count I ¶¶ 238-253 (Vidal) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Ariz. Rev. Stat. § 44-1522 |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Williamson v. Allstate Ins. Co.*, 204 F.R.D. 641, 645 (D. Ariz. 2001) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

---

[*] This appendix addresses grounds specific to dismissal of plaintiffs' state statutory claims.

[1] Plaintiffs also bring claims on behalf of the putative nationwide class under New Jersey law. CAC at 94.

APPENDIX C:
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| CA | Cal. Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq.*) | Count I ¶¶ 279-294 (Roberts; Andary; Dr. Roberts; Smith) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Cal. Bus. & Prof. Code §§ 17203, 17204; *Doe v. Successfulmatch.com*, 2014 WL 1494347, at *4-5 (N.D. Cal. Apr. 16, 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Smith v. LG Elecs. U.S.A., Inc.*, 2014 WL 989742, at *11 (N.D. Cal. Mar. 11, 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to ascertainable loss | Cal. Bus. & Prof. Code §§ 17203, 17204 |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | Cal. Consumer Legal Remedies Act (Cal. Civ. Code §§ 1750, *et seq.*) | Count II ¶¶ 295-316 (same) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Cal. Civ. Code § 1780(a); *Tae Hee Lee v. Toyota Motor Sales, U.S.A., Inc.*, 992 F. Supp. 2d 962, 974 (C.D. Cal. 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Smith v. LG Elecs. U.S.A., Inc.*, 2014 WL 989742, at *11 (N.D. Cal. Mar. 11, 2014) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to provide pre-suit notice to Daimler AG | Cal. Civ. Code § 1782 |
| | Cal. False Advertising Law (Cal. Bus. & Prof. Code §§ 17500, *et seq.*) | Count III ¶¶ 317-324 (same) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus' | Cal. Bus. & Prof. Code § 17500; *Smith v. LG Elecs. U.S.A., Inc.*, 2014 WL 989742, at *10 (N.D. Cal. Mar. 11, 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Smith v. LG Elecs. U.S.A., Inc.*, 2014 WL 989742, at *11 (N.D. Cal. Mar. 11, 2014) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| CO | Colorado Consumer Protection Act (Colo. Rev. Stat. §§ 6-1-101, *et seq.*) | Count I ¶¶ 350-367 (Hall; McVey) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Colo. Rev. Stat. § 6-1-105; *Rhino Linings USA, Inc. v. Rocky Mountain Rhino Lining, Inc.*, 62 P.3d 142, 147 (Colo. 2003) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Rhino Linings USA, Inc. v. Rocky Mountain Rhino Lining, Inc.*, 62 P.3d 142, 144 (Colo. 2003) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| CT | Connecticut Unfair Trade Practices Act (Conn. Gen. Stat. §§ 42-110a, *et seq.*) | Count I ¶¶ 393-410 (Lingua) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Conn. Gen. Stat. § 42-110b; *Aviamax Aviation Ltd. v. Bombardier Aerospace Corp.*, 2010 WL 1882316, at *9 (D. Conn. May 10, 2010) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *E. Point Sys., Inc. v. Steven Maxim, S2k, Inc.*, 133 F. Supp. 3d 430, 434 (D. Conn. 2015) |

**APPENDIX C:**
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| DE | Delaware Consumer Fraud Act (Del. Code Ann. tit. 6, §§ 2513, *et seq.*) | Count I ¶¶ 436-452 (Fox) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Del. Code Ann. tit. 6, § 2513; *Johnson v. ACE Cash Express, Inc.*, 2014 WL 3721947, at *7 (D. Del. July 24, 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Eames v. Nationwide Mut. Ins. Co.*, 412 F. Supp. 2d 431, 437 (D. Del. 2006) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| FL | Fla. Deceptive & Unfair Trade Practices Act (Fla. Stat. §§ 501.201, *et seq.*) | Count I ¶¶ 478-494 (Watkins) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Fla. Stat. § 501.204(1); *D.H.G. Props., LLC v. Ginn Cos.*, 2010 WL 5584464, at *6 (M.D. Fla. Sept. 28, 2010) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *In re GNC Corp.*, 789 F.3d 505, 513 & n.6 (4th Cir. 2015) |
| | | | Failure to satisfy Rule 9(b) with respect to ascertainable loss | *Rollins, Inc. v. Butland*, 951 So.2d 860, 873 (Fla. Dist. Ct. App. 2006) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by statute of limitations | Fla. Stat. § 95.11(3)(f); *McKissic v. Country Coach, Inc.*, 2008 WL 2782678, at *8 (M.D. Fla. July 16, 2008) |
| GA | Ga. Fair Business Practices Act (Ga. Code §§ 10-1-390, *et seq.*) | Count I ¶¶ 520-536 (Ngwashi; Hamilton) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Ga. Code § 10-1-399(a); *Zeeman v. Black*, 156 Ga. App. 82, 86-87 (1980) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Tiismann v. Linda Martin Homes Corp.*, 281 Ga. 137, 141 (2006) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to provide pre-suit notice to Daimler AG | Ga. Code § 10-1-399(b) |
| ID | Idaho Consumer Protection Act (Idaho Code §§ 48-601, *et seq.*) | Count I ¶¶ 562-579 (Morgan) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Idaho Code § 48-608 |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | Idaho Code §§ 48-603 (5), (7), (9), (17) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to allege the existence of a contract with Defendants. | *Moto Tech, LLC v. KTM N. Am., Inc.*, 2013 WL 6446239, at *3 (D. Idaho Dec. 9, 2013) |

APPENDIX C:
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| IL | Illinois Consumer Fraud & Deceptive Bus. Practices Act (815 ILCS 505/1 & 720 ILCS 295/IA) | Count I ¶¶ 605-623 (Melnyk) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | 815 ILCS 505/2; *Oliveira v. Amoco Oil Co.*, 776 N.E.2d 151, 160-64 (Ill. 2002) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Spector v. Mondelez Int'l, Inc.*, --- F. Supp. 3d ----, 2016 WL 1270493, at *3 (N.D. Ill. Mar. 31, 2016) |
| | | | Failure to satisfy Rule 9(b) with respect to ascertainable loss | *Camasta v. Jos. A. Bank Clothiers, Inc.*, 761 F.3d 732, 739 (7th Cir. 2014) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| KY | Ky. Consumer Protection Act (Ky. Rev. Stat. §§ 367.110, *et seq.*) | Count I ¶¶ 649-665 (Downs) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Ky. Rev. Stat. § 367.220; *Mitchell v. Gen. Motors LLC*, 2014 WL 1319519, at *4 (W.D. Ky. Mar. 31, 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Wells v. Craig & Landreth Cars, Inc.*, 474 F. App'x 445, 446 (6th Cir. 2012) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to allege the existence of a contract with Defendants. | *Campbell v. Capital One, N.A.*, 2012 WL 4959611, at *2 (W.D. Ky. Oct. 16, 2012) |
| MD | Md. Consumer Protection Act (Md. Code Com. Law §§ 13-101, *et seq.*) | Count I ¶¶ 691-706 (Fraga-Errecart; Zavareei) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Md. Code Com. Law § 13-408(a); *Stewart v. Bierman*, 859 F. Supp. 2d 754, 768-69 (D. Md. 2012) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Rojas-Roberts v. Ocwen Loan Servicing, LLC*, 2015 WL 5047494, at *6 (D. Md. Aug. 25, 2015) |
| | | | Failure to satisfy Rule 9(b) with respect to ascertainable loss | *Green v. Wells Fargo Bank, N.A.*, 927 F. Supp. 2d 244, 255 (D. Md. 2013) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| MA | Mass. Consumer Protection Act (Mass. Gen. Laws Ch. 93A) | Count I ¶¶ 732-733 (Garmey; Gates) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Mass. Gen. Laws ch. 93A, § 9; *Iannacchino v. Ford Motor Co.*, 451 Mass. 623, 629-34 (2008) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Cummings v. HPG Int'l, Inc.*, 244 F.3d 16, 25 (1st Cir. 2001) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to provide pre-suit notice to Daimler AG | Mass. Gen. Laws ch. 93A, § 9(3) |

APPENDIX C:
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| MI | Michigan Consumer Protection Act (Mich. Comp. Laws §§ 445.903, *et seq.*) | Count I ¶¶ 759-775 (O'Neal) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Mich. Comp. Laws § 445.903; *Kussy v. Home Depot U.S.A., Inc.*, 2006 WL 3447146, at *5 (E.D. Mich. 28, 2006) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Kussy v. Home Depot U.S.A. Inc.*, 2006 WL 3447146, at *5 (E.D. Mich. (Nov. 28, 2006) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by statute of limitations | Mich. Comp. Laws § 445.911(7); *Laura v. DaimlerChrysler Corp.*, 711 N.W.2d 792, 794–95 (Mich. Ct. App. 2006) |
| MN | Minn. Prevention of Consumer Fraud Act (Minn. Stat. §§ 325F.68, *et seq.*) | Count I ¶¶ 801-817 (Wolford) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Minn. Stat. § 325F.69; *Grp. Health Plan, Inc. v. Philip Morris Inc.*, 621 N.W.2d 2, 13-14 (Minn. 2001) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Zapata v. Walgreen Co.*, 2009 WL 3644897, at *3 (D. Minn. Nov. 2, 2009) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| MO | Missouri Merchandising Practices Act (Mo. Rev. Stat. §§ 407.010, *et seq.*) | Count I ¶¶ 843-859 (Thorson; Yun) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Mo. Rev. Stat. § 407.025(1); *Owen v. Gen. Motors Corp.*, 533 F.3d 913, 922 (8th Cir. 2008) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Mattingly v. Medtronic, Inc.*, 466 F. Supp. 2d 1170, 1173-74 (E.D. Mo. 2006) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *20 (D.N.J. Oct. 26, 2015) |
| MT | Mont. Unfair Trade Practices & Consumer Protection Act (Mont. Code Ann. §§ 30-14-101, *et seq.*) | Count I ¶¶ 885-902 (Silverio) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Mont. Code § 30-14-133 |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *WLW Realty Partners v. Cont'l Partners*, 360 P.3d 1112, 1118 (Mont. 2015) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| NV | Nevada Deceptive Trade Practices Act (Nev. Rev. Stat. §§ 598.0903, *et seq.*) | Count I ¶¶ 928-942 (Reed; Yanus) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Nev. Rev. Stat. § 41.600(1); *Picus v. Wal-Mart Stores, Inc.*, 256 F.R.D. 651, 657-58 (D. Nev. 2009) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Shlesinger v. Bank of Am., N.A.*, 2012 WL 2995698, at *6 (D. Nev. July 23, 2012) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

**APPENDIX C:**
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| NY | N.Y. Gen. Bus. Law § 349 | Count I ¶¶ 968-982 (Weiss; Laurino) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | N.Y. Gen.l Bus. Law § 349(h); *Gale v. Int'l Bus. Machs. Corp.*, 9 A.D.3d 446, 447 (N.Y. App. Div. 2004) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Cytyc Corp. v. Neuromedical Sys., Inc.*, 12 F. Supp. 2d 296, 300 (S.D.N.Y. 1998) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | N.Y. Gen. Bus. Law § 350 | Count II ¶¶ 983-999 (same) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | N.Y. Gen. Bus. Law § 350(e); *Gershon v. Hertz Corp.*, 215 A.D.2d 202, 203 (N.Y. App. Div. 1995) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Cytyc Corp. v. Neuromedical Sys., Inc.*, 12 F. Supp. 2d 296, 300 (S.D.N.Y. 1998) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| NC | N.C. Unfair & Deceptive Trade & Practices Act (N.C. Gen. Stat. §§ 75-1.1, *et seq.*) | Count I ¶¶ 1025-1041 (Minerva; Holbrook) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | N.C. Gen. Stat. § 75-16; *Bumpers v. Cmty. Bank of N. Va.*, 747 S.E.2d 220, 226-27 (N.C. 2013) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Smith v. Cent. Soya of Athens, Inc.*, 604 F. Supp. 518, 530 (E.D.N.C. 1985) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *20 (D.N.J. Oct. 26, 2015) |
| OH | Ohio Consumer Sales Practices Act (Ohio Rev. Code §§ 1345.01, *et seq.*) | Count I ¶¶ 1067-1083 (Deutsch) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Ohio Rev. Code § 1345.02; *Lilly v. Hewlett-Packard Co.*, 2006 WL 1064063, at *5 (S.D. Ohio Apr. 21, 2006) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *In re GNC Corp.*, 789 F.3d 505, 513 & n.6 (4th Cir. 2015) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| PA | Pa. Unfair Trade Practices & Consumer Protection Law (73 P.S. §§ 201-1, *et seq.*) | Count I ¶¶ 1109-1125 (Dingle) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | 73 P.S. § 201-9.2; *Yocca v. Pittsburgh Steelers Sports, Inc.*, 854 A.2d 425, 438-39 (Pa. 2004) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Rosenberg v. Avis Rent-A-Car Sys., Inc.*, 2007 WL 2213642, at *5 (E.D. Pa. July 31, 2007) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by economic loss doctrine | *Werwinski v. Ford Motor Co.*, 286 F.3d 661, 681 (3d Cir. 2002) |

APPENDIX C:
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| TN | Tenn. Consumer Protection Act (Tenn. Code Ann. §§ 47-18-101, *et seq.*) | Count I ¶¶ 1151-1168 (Daschke) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Tenn. Code Ann. § 47-18-109; *Land v. Dixon*, 2005 WL 1618743, at *4 (Tenn. Ct. App. July 12, 2005) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Warren v. Warrior Golf Capital, LLC*, 126 F. Supp. 3d 988, 997 (E.D. Tenn. 2015) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| TX | Texas Deceptive Trade Practices Act (Tex. Bus. & Com. Code §§ 17.41, *et seq.*) | Count I ¶¶ 1194-1211 (Patel; Jordan) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Tex. Bus. & Com. Code § 17.50 |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | Tex. Bus. & Com. Code § 17.46 |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to provide pre-suit notice to Daimler AG | Tex. Bus. & Com. Code § 17.505(a) |
| UT | Utah Consumer Sales Practices Act (Utah Code Ann. §§ 13-11-1, *et seq.*) | Count I ¶¶ 1237-1254 (Dilgisic; Knight) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Utah Code Ann. §§ 13-11-4; 13-11-19 |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | Utah Code Ann. §§ 13-11-4(2)(a)-(b); 13-11-5 |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| VA | Va. Consumer Protection Act (Va. Code Ann. §§ 59.1-196, *et seq.*) | Count I ¶¶ 1280-1296 (Lynevych; Feller) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Va. Code Ann. § 59.1-204; *Owens v. DRS Auto. Fantomworks, Inc.*, 764 S.E.2d 256, 261 (Va. 2014) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Murphy v. Capella Educ. Co.*, 589 F. App'x 646, 657 (4th Cir. 2014) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Barred by economic loss doctrine | *In re Elk Cross Timbers Decking Mktg.*, 2015 WL 6467730, at *20 (D.N.J. Oct. 26, 2015) |
| WA | Wash. Consumer Protection Act (Wash. Rev. Code Ann. §§ 19.86.010, *et seq.*) | Count I ¶¶ 1322-1338 (Medler; Rolle) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Wash. Rev. Code Ann. § 19.86.090; *Robinson v. Avis Rent-A-Car Sys. Inc.*, 22 P.3d 818, 823 (Wash. Ct. App. 2001) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Chau v. Aviva Life & Annuity Co.*, 2011 WL 1990446, at *9 (N.D. Tex. May 20, 2011) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

**APPENDIX C:**
**Independent Grounds for Dismissal of State Consumer Protection Claims (Section VI of Mem. of Law)**

| State Subclass | Statute(s) | Count Paragraphs Named Plaintiff(s) | Independent Deficiencies in Plaintiffs' Claims | Relevant Authorities |
|---|---|---|---|---|
| WV | West Virginia Consumer Credit & Protection Act (W. Va. Code §§ 46A-1-101, *et seq.*) | Count I ¶¶ 1363-1383 (Edwards) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | W. Va. Code § 46A-6-106(a); *White v. Wyeth*, 705 S.E.2d 828, 837 (W. Va. 2010) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | *Midwestern Midget Football Club Inc. v. Riddell, Inc.*, 2015 WL 4727438, at *4-5 (S.D. W. Va. Aug. 10, 2015) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |
| | | | Failure to provide pre-suit notice to Daimler AG | W. Va. Code § 46A-6-106(c) |
| WI | Wisconsin Deceptive Trade Practices Act (Wis. Stat. § 100.18, *et seq.*) | Count I ¶¶ 1409-1426 (Dannberg) | Failure to satisfy Rule 9(b) with respect to reliance and/or causal nexus | Wis. Stat. Ann. § 100.18(11)(b)(2); *Novell v. Migliaccio*, 749 N.W.2d 544, 552-54 (Wis. 2008) |
| | | | Failure to satisfy Rule 9(b) with respect to falsity | Wis. Stat. Ann. § 100.18(1) |
| | | | Failure to differentiate between Defendants | *MDNet, Inc. v. Pharmacia Corp.*, 147 F. App'x 239, 244-45 (3d Cir. 2005) |

8