IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-cv-881 (JLL) (JAD)<br><br>Motion Date: August 1, 2016<br><br>**ELECTRONICALLY FILED**<br><br>**ORAL ARGUMENT REQUESTED** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this date filed the following documents on behalf of Defendants Mercedes-Benz USA, LLC and Daimler AG:

- Notice of Motion to Dismiss and to Compel Arbitration;
- Memorandum of Law and appendices thereto;
- Declaration of Lawrence Fleming and exhibits attached thereto;
- Proposed Form of Order; and
- This Certificate of Service.

I further certify that I have filed the aforementioned documents using the CM/ECF system, which will automatically send e-mail notification of such filings to the following attorneys of record:

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LP
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Steve@hbsslaw.com

1

James E. Cecchi
CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
JCecchi@carellabyrne.com

*Interim Lead Counsel for Plaintiffs and the Proposed Classes*


Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street, New York
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
CSeeger@seegerweiss.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER, L.P.A.
One West Fourth Street, 18th Floor
Cincinnati, OH  45202
Tel: (513) 345-8297
Fax: (513) 345-8294
JGoldenberg@gs-legal.com

Lesley Weaver
BLOCK & LEVITON LLP
520 3rd St., Suite 108
Oakland, California  94607
Tel: (415) 968-8999
Fax: (617) 507-6020
Lesley@blockesq.com

*Plaintiffs' Executive Committee*


I further certify that service of the aforementioned documents was accomplished via

overnight mail on the following:

Robert Hilliard
HILLIARD MUNOZ GONZALES LLP
719 S Shoreline Blvd, # 500
Corpus Christi, TX 78401

2

Tel: (361) 882-1612
Fax: (361) 882-3015
BobH@hmglawfirm.com

*Plaintiffs' Executive Committee*

I further certify that I will cause a courtesy copy of the aforementioned documents to be sent via overnight mail to the Honorable Jose L. Linares, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Building & Courthouse, 50 Walnut Street, Newark, New Jersey, and that a copy of the Proposed Form of Order will be submitted to chambers by email to njdef_linares@dnj.uscourts.gov in Word format.

Dated:  July 8, 2016                                              Respectfully Submitted,

                                                                  GIBSON, DUNN & CRUTCHER LLP

                                                                  By:  s/     Lucas C. Townsend
                                                                         Lucas C. Townsend

| | |
|---|---|
| Matthew J. Kemner | Daniel Nelson |
| *admitted pro hac vice* | *admitted pro hac vice* |
| Troy M. Yoshino | Geoffrey M. Sigler |
| *admitted pro hac vice* | *admitted pro hac vice* |
| Eric J. Knapp | Lucas C. Townsend |
| *admitted pro hac vice* | Chantale Fiebig |
| Squire Patton Boggs (US) LLP | *admitted pro hac vice* |
| 44 Montgomery Street, Suite 400 | Gibson, Dunn & Crutcher LLP |
| San Francisco, California 94104 | 1050 Connecticut Avenue, N.W. |
| Tel: (415) 743-2441 | Washington, DC 20036-5306 |
| Fax: (415) 989-0932 | Tel: (202) 887-3731 |
| | Fax: (202) 530-4254 |

*Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG*