# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No.  16-881(JLL)(JAD)<br><br>**NOTIFICATION PURSUANT TO STIPULATION AND ORDER** |

On February 22, 2019, the Court ordered plaintiffs to notify the Court if plaintiffs intended to file a further amended complaint.

Plaintiffs hereby notify the Court of an intent to amend the New Jersey Consumer Fraud Act claim and suggest that plaintiffs be permitted to do so by March 15, 2019.  Defendants response would then be due 45 days thereafter.

DATED:  February 28, 2019

Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By   */s/ James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, New Jersey  07068
Tel:  (973) 994-1700
Fax:  (973) 994-1744

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington  98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

*Interim Lead Counsel for Plaintiffs and the Proposed Classes*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street, New York,
New York, NY 10005

- 1 -

Tel:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

Robert C. Hilliard
**HILLIARD MUNOZ GONZALES LLP**
719 S Shoreline Blvd, # 500
Corpus Christi, TX 78401
(361) 882-1612

*Plaintiffs' Executive Committee*

SO ORDERED this \_\_\_\_ day of February, 2019

_____
        JOSEPH A. DICKSON, U.S.M.J.