IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-cv-881 (JLL) (JAD)<br><br>Motion Date: April 1, 2019<br><br>**ELECTRONICALLY FILED** |

**DEFENDANTS MERCEDES-BENZ USA, LLC'S AND DAIMLER AG'S
NOTICE OF MOTION FOR CERTIFICATION OF ORDER
FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1, Defendants Mercedes-Benz USA, LLC and Daimler AG ("Defendants") shall move before the Honorable Jose L. Linares, U.S.D.J., on April 1, 2019, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order certifying for interlocutory appeal under 28 U.S.C. § 1292(b) the Court's February 1, 2019 Order denying Defendants' Motion To Dismiss And To Compel Arbitration, D.E. 162.

**PLEASE TAKE FURTHER NOTICE** that Defendants ask this Court to certify the following question:

> Whether allegations that defendants deceived government regulators to obtain a certificate of conformity that allowed third-party dealers to sell an allegedly defective product to consumers are sufficient to establish proximate causation under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964(c).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall rely upon the accompanying Memorandum of Law.

Dated:  February 28, 2019

                    Respectfully Submitted,

                    GIBSON, DUNN & CRUTCHER LLP

                    By:  s/      Lucas C. Townsend
                          Lucas C. Townsend

| | |
|---|---|
| Matthew J. Kemner<br>  *admitted pro hac vice*<br>Troy M. Yoshino<br>  *admitted pro hac vice*<br>Eric J. Knapp<br>  *admitted pro hac vice*<br>Squire Patton Boggs (US) LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, California 94104<br>Tel: (415) 743-2441<br>Fax: (415) 989-0932 | Daniel W. Nelson<br>  *admitted pro hac vice*<br>Geoffrey M. Sigler<br>  *admitted pro hac vice*<br>Lucas C. Townsend<br>Chantale Fiebig<br>  *admitted  pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Tel: (202) 887-3731<br>Fax: (202) 530-4254 |

*Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG*