James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
(206) 623-7292

*Interim Lead Counsel for Plaintiffs and the Proposed Classes*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 16-881(JLL)(JAD) |
|---|---|
| | **NOTICE OF VOLUNTARY DISMISSAL** |

To:   Clerk and All persons on ECF service list

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Gwendolyn Andary and Darrell Feller only hereby give notice of their voluntary dismissal of their claims in this action. Dismissal of this action is without prejudice, and the parties shall bear their own attorneys' fees and costs. Defendants have not filed an answer or a motion for summary judgment with respect to Plaintiffs' complaint.

DATED: March 14, 2019            Respectfully submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**

By  */s/ James E. Cecchi*
JAMES E. CECCHI
5 Becker Farm Road
Roseland, New Jersey 07068

Tel: (973) 994-1700
Fax: (973) 994-1744

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

*Interim Lead Counsel for Plaintiffs and the Proposed Classes*

Christopher A. Seeger
**SEEGER WEISS LLP**
77 Water Street, New York,
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Robert C. Hilliard
**HILLIARD MUNOZ GONZALES LLP**
719 S Shoreline Blvd, # 500
Corpus Christi, TX 78401
(361) 882-1612

*Plaintiffs' Executive Committee*

SO ORDERED: _____

DATED: 3/19/19

2