# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No.: 16-881 (SDW)(JAD)<br><br>**ORDER** |

This matter comes before the Court by way of Defendants Mercedes-Benz USA, LLC's and Daimler AG's and Defendant Robert Bosch LLC's motions for certification pursuant to 28 U.S.C. ¶ 1292(b). (ECF Nos. 176–77). For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 25th day of June, 2019,

**ORDERED** that Defendants' motions to for certification pursuant to 28 U.S.C. ¶ 1292(b), (ECF Nos. 176–77), are hereby DENIED.

**SO ORDERED.**

   /s/ Susan D. Wigenton
HON. SUSAN D. WIGENTON
United States District Court Judge