Jeffrey A. Rosenthal
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Counsel for Defendant*
*Robert Bosch GmbH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 16-881 (SDW) (JAD) <br><br> Motion Date: October 7, 2019 <br><br> **ELECTRONICALLY FILED** <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT ROBERT BOSCH GMBH'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIFTH CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 7.1, on October 7, 2019, or at such other date as may be agreed upon or ordered, at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey, Defendant Robert Bosch GmbH will and hereby does move this Court to dismiss the Plaintiffs' Fifth Consolidated and Amended Class Action Complaint and Demand for Jury Trial (ECF. No. 185).

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Robert Bosch GmbH shall rely upon the accompanying Memorandum of Law, the accompanying Declaration of David E.

Wagner and exhibits thereto, any reply papers, any oral argument of counsel, and any other matter which may be submitted at any hearing of this Motion. A proposed form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Respectfully Submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

*Attorneys for Defendant Robert Bosch GmbH*

DATED: August 27, 2019         By: /s/ *Jeffrey A. Rosenthal*
Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
Tel. (212) 225-2000
Fax: (212) 225-3999
jrosenthal@cgsh.com
cboccuzzi@cgsh.com

Matthew D. Slater
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel. (202) 974-1500
Fax: (202) 974-1999
mslater@cgsh.com