IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 16-881 (SDW) (JAD) |

## DECLARATION OF DAVID E. WAGNER

I, David E. Wagner, declare as follows:

1. I am an associate with the law firm Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant Robert Bosch GmbH ("Bosch GmbH"). I respectfully make this declaration in support of Bosch GmbH's Motion to Dismiss the Fifth Consolidated and Amended Class Action Complaint.

2. Attached as Exhibits A-J are true and correct copies of documents filed in the *In re: Duramax Diesel Litigation*, Case No. 17-cv-11661 in the Eastern District of Michigan, as Exhibits 31-40 to the First Amended and Consolidated Class Action Complaint (Aug. 4, 2017), ECF Nos. 18-32 through 18-41.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2019 in New York, New York.

_____
David E. Wagner