IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 16-881 (SDW) (JAD) |

**[PROPOSED] ORDER GRANTING
DEFENDANT ROBERT BOSCH GMBH'S MOTION TO DISMISS**

Having considered Defendant Robert Bosch GmbH's Motion to Dismiss the Fifth Consolidated and Amended Class Action Complaint, IT IS HEREBY ORDERED THAT: Defendant Robert Bosch GmbH's Motion to Dismiss is GRANTED.  All claims against Robert Bosch GmbH are hereby dismissed with prejudice.

Dated: _____, 2019

_____
The Honorable Susan D. Wigenton
UNITED STATES DISTRICT JUDGE