UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
**Joseph A. Dickson**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973-645-2580)

LETTER ORDER

November 7, 2019

*To all counsel of record via ECF*

**Re:    In re Mercedes-Benz Emissions Litigation**
       **Civil Action No.: 16-881 (SDW) (JAD)**

Dear Counsel:

On October 4, 2019, the Special Master entered an Order and Opinion related to the parties' discovery dispute concerning the process and procedure to determine the appropriate custodial and non-custodial sources for the Mercedes Defendants. (ECF No. 244). On October 18, 2019, Defendants appealed the Special Master's October 4, 2019 Order and Opinion to the undersigned. (ECF No. 246). On November 4, 2019, Plaintiffs filed an opposition to Defendants' appeal. (ECF No. 247). A status conference and hearing on Defendants' appeal is scheduled for December 3, 2019, at 10:00 a.m before the undersigned. (ECF No. 248).

On November 4, 2019, the Special Master entered an Order and Opinion denying Defendants' request for a stay of the Special Master's October 4, 2019 Order and Opinion pending the Court's resolution of Defendants' appeal. (ECF No. 252).

On November 6, 2019, Defendants filed an emergency motion appealing the Special Master's November 4, 2019 Order and Opinion and for a stay pending the disposition of Defendants' appeal from the Special Master's October 4, 2019 Order and Opinion. (ECF No.

249). Counsel for Plaintiffs represented to the Court that they will file their opposition to Defendants' emergency motion on November 8, 2019.

The parties are advised that the undersigned will hold a status conference and hearing on Defendants' emergency motion, (id.), on November 14, 2019, at 2:00 p.m. In the interests of fairness and judicial economy, the Court temporarily stays the Special Master's October 4, 2019 Order and Opinion, including the related discovery, until the Court can consider and address the parties' arguments on the record at the November 14, 2019 hearing.

**SO ORDERED**

*[signature]*

**JOSEPH A. DICKSON, U.S.M.J.**

cc: Hon. Susan D. Wigenton, U.S.D.J.