IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-cv-881 (KM)(ESK)<br><br>Motion Date: December 16, 2019<br><br>**ELECTRONICALLY FILED**<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS MERCEDES-BENZ USA, LLC
AND DAIMLER AG'S NOTICE OF APPEAL
OF THE SPECIAL MASTER'S DISCOVERY ORDER**

**PLEASE TAKE NOTICE** that Defendants Mercedes-Benz USA, LLC and Daimler AG (the "Mercedes Defendants"), pursuant to Local Civil Rule 72.1(c)(1), appeal an Order of the Special Master (Dkt. 251), dated November 4, 2019, and the associated entry of the Discovery Privacy Order (Dkt. 250), which requires the Mercedes Defendants to produce unredacted personal data related to employees of the Mercedes Defendants in violation of the EU General Data Protection Regulation and the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of this appeal, the Mercedes Defendants shall rely upon the accompanying Memorandum of Law and exhibits.

Dated:  November 18, 2019

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  s/     Lucas C. Townsend     
         Lucas C. Townsend

Matthew J. Kemner
  *admitted pro hac vice*
Troy M. Yoshino
  *admitted pro hac vice*

Daniel W. Nelson
  *admitted pro hac vice*
Geoffrey M. Sigler
  *admitted pro hac vice*

1

Eric J. Knapp
  *admitted pro hac vice*
Squire Patton Boggs (US) LLP
44 Montgomery Street, Suite 400
San Francisco, California 94104
Tel: (415) 743-2441
Fax: (415) 989-0932

Lucas C. Townsend
Chantale Fiebig
  *admitted pro hac vice*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 887-3731
Fax: (202) 530-4254

*Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG*