# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action: 16-cv-881 (KM) (ESK) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey, I, Lucas C. Townsend, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Jason R. Meltzer, Derek K. Kraft, and Jenny L. Grantz. Filed simultaneously with this motion are the following: a statement pursuant to Local Civil Rule 7.1(d)(4) that no supporting brief is necessary; a declaration from myself supporting the motion; declarations from each of the applicants for admission; a proposed order granting the motion; and a certificate of service. Counsel for all parties consent to this motion.

Dated: January 9, 2020

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

By: s/    Lucas C. Townsend
       Lucas C. Townsend

Troy M. Yoshino
  *admitted pro hac vice*
Matthew J. Kemner
  *admitted pro hac vice*
Eric J. Knapp
  *admitted pro hac vice*

Daniel W. Nelson
  *admitted pro hac vice*
Geoffrey M. Sigler
  *admitted pro hac vice*
Lucas C. Townsend
Chantale Fiebig

| | |
|---|---|
| Squire Patton Boggs (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 743-2441<br>Fax: (415) 989-0932 | *admitted pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Tel: (202) 887-3731<br>Fax: (202) 530-4254 |

*Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG*