## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUSAN ALBERS, *et al.*, individually and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | Civ. No. 16-881(KM)(ESK) |
| **v.** | **ORDER** |
| **MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, DAIMLER AG, a foreign corporation, ROBERT BOSCH LLC, a Delaware Limited Liability Company, and ROBERT BOSCH GMBH, a foreign corporation,** | |
| **Defendants.** | |

### KEVIN MCNULTY, U.S.D.J.

Defendant Robert Bosch GmbH ("Bosch GmbH") having filed a motion (DE 239) to dismiss the Fifth Consolidated and Amended Class Action Complaint (DE 185); and the Plaintiffs having filed an opposition in response to the motion (DE 240); and Bosch GmbH having filed a reply (DE 245); and the Court having decided the motion without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 25th day of March, 2020

**ORDERED** that Bosch GmbH's motion (DE 239) to dismiss is **DENIED**.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**