UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 16-881 (KM) (ESK) **ELECTRONICALLY FILED** |

**ANSWER OF ROBERT BOSCH GMBH TO THE
FIFTH AMENDED CLASS ACTION COMPLAINT**

CLEARY GOTTLIEB STEEN & HAMILTON LLP

JEFFREY A. ROSENTHAL
CARMINE D. BOCCUZZI, JR.
One Liberty Plaza
New York, NY 10006
(212) 225-2000

MATTHEW D. SLATER
2112 Pennsylvania Avenue, N.W.
Washington, DC 20037
(202) 974-1500

*Counsel for Defendant Robert Bosch GmbH*

Defendant Robert Bosch GmbH ("Bosch GmbH"), as and for its answer to the Fifth Consolidated and Amended Class Action Complaint and Demand for Jury Trial, ECF No. 185, respectfully states as follows:

## PRELIMINARY STATEMENT

Bosch GmbH provides this Answer based on a reasonable inquiry and its knowledge to date.  Bosch GmbH reserves the right to amend, supplement, revise, clarify, or correct the responses set forth herein.

The Complaint collectively refers to Mercedes-Benz USA, LLC ("Mercedes"), Daimler Aktiengesellschaft ("Daimler AG"), Robert Bosch LLC ("Bosch LLC"), and Robert Bosch GmbH as "Defendants" and as "RICO Defendants."  To the extent the allegations in the Complaint refer to "Defendants" or "RICO Defendants" collectively, Bosch GmbH is without knowledge or information sufficient to form a belief as to the truth of the allegations as they relate to defendants other than Bosch GmbH, and therefore denies those allegations.  In addition, to the extent Plaintiffs' allegations relate to a collective group of Defendants, RICO Defendants, unnamed defendants, or others, Bosch GmbH denies the allegations to the extent they suggest that Bosch GmbH engaged in any scheme, enterprise, conspiracy, or other wrongdoing.

## I.    INTRODUCTION

1.     Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 1 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 1 as to other parties.

2.     Paragraph 2 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 2 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 2 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 2 as to other parties.

3.     To the extent that Paragraph 3 purports to characterize the nature of this action, Bosch GmbH need not respond.   Paragraph 3 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.   Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 3 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 3 as to other parties.

4.     Paragraph 4 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 4 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth

or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 4 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 4 as to other parties.

5.      Paragraph 5 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 5 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 5 as to other parties.

6.      Paragraph 6 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 6 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 6 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 6 as to other parties.

7.      Paragraph 7 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 7 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 7 as to other parties.

8.      Paragraph 8 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  To the extent that Paragraph 8 purports to characterize the nature of this action, Bosch GmbH need not respond. Paragraph 8 purports to characterize certain "laws" and "regulations," which laws and regulations speak for themselves.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 8 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of any other allegations contained in Paragraph 8 as to other parties.

9.      Paragraph 9 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 9 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 9 as to other parties.

10.     Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 10 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 10 as to other parties.

11.     Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 11 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 11 as to other parties.

12.     Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 12 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 12 as to other parties.

13.     Paragraph 13 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 13 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 13 as to other parties.

14.     To the extent that Paragraph 14 purports to characterize the nature of this action, Bosch GmbH need not respond.  Paragraph 14 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 14 purports to characterize unnamed "emissions standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed emissions standards.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 14.

15.     Paragraph 15 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 15 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 15 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 15 as to other parties.

16.     Paragraph 16 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph

16 purports to characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 16 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 16 as to other parties.

17.     Paragraph 17 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 17 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 17 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 17 as to other parties.

18.     Paragraph 18 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 18 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 18 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 18 as to other parties.

19.     Paragraph 19 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 19 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 19 as to other parties.

20.     To the extent that Paragraph 20 purports to characterize the nature of this action, Bosch GmbH need not respond.  Paragraph 20 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.

## II.     JURISDICTION

21.     Paragraph 21 states legal conclusions to which Bosch GmbH need not respond.  To the extent the allegations in Paragraph 21 relate to causes of action not alleged against Bosch GmbH, it need not respond.  To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 21.

## III.     VENUE

22.     Paragraph 22 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 22.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 22 as to other parties.

## IV.   PARTIES

23.     Paragraph 23 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH

denies any allegations asserted against Bosch GmbH in Paragraph 23 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 23 as to other parties.

24.     Paragraph 24 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 24 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 24 as to other parties.

25.     Paragraph 25 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 25 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 25 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 25 as to other parties.

26.     Paragraph 26 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 26 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 26 and lacks knowledge or information

sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 26 as to other parties.

27.     Paragraph 27 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 27 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 27 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 27 as to other parties.

28.     Paragraph 28 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 28 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 28 as to other parties.

29.     Paragraph 29 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 29 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 29 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 29 as to other parties.

30.     Paragraph 30 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 30 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 30 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 30 as to other parties.

31.     Paragraph 31 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 31 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 31 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 31 as to other parties.

32.     Paragraph 32 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 32 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 32 and lacks knowledge or information

sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 32 as to other parties.

33.     Paragraph 33 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 33 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 33 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 33 as to other parties.

34.     Paragraph 34 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 34 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 34 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 34 as to other parties.

35.     Paragraph 35 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 35 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any

allegations asserted against Bosch GmbH in Paragraph 35 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 35 as to other parties.

36.     Paragraph 36 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 36 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 36 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 36 as to other parties.

37.     Paragraph 37 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 37 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 37 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 37 as to other parties.

38.     Paragraph 38 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 38 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth

or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 38 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 38 as to other parties.

39.     Paragraph 39 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 39 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 39 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 39 as to other parties.

40.     Paragraph 40 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 40 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 40 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 40 as to other parties.

41.     Paragraph 41 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 41 purports to generally characterize unnamed "standards," which standards speak for themselves.

Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 41 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 41 as to other parties.

42.     Paragraph 42 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 42 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 42 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 42 as to other parties.

43.     Paragraph 43 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 43 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 43 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 43 as to other parties.

44.     Paragraph 44 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph

44 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 44 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 44 as to other parties.

45. Paragraph 45 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 45 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 45 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 45 as to other parties.

46. Paragraph 46 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 46 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 46 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 46 as to other parties.

47.     Paragraph 47 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 47 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 47 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 47 as to other parties.

48.     Paragraph 48 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 48 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 48 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 48 as to other parties.

49.     Paragraph 49 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 49 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 49 and lacks knowledge or information

sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 49 as to other parties.

50.     Paragraph 50 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 50 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 50 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 50 as to other parties.

51.     Paragraph 51 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 51 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 51 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 51 as to other parties.

52.     Paragraph 52 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 52 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any

allegations asserted against Bosch GmbH in Paragraph 52 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 52 as to other parties.

53.     Paragraph 53 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 53 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 53 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 53 as to other parties.

54.     Paragraph 54 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 54 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 54 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 54 as to other parties.

55.     Paragraph 55 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 55 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth

or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 55 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 55 as to other parties.

56.     Paragraph 56 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 56 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 56 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 56 as to other parties.

57.     Paragraph 57 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 57 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 57 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 57 as to other parties.

58.     Paragraph 58 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 58 purports to generally characterize unnamed "standards," which standards speak for themselves.

Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 58 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 58 as to other parties.

59.     Paragraph 59 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 59 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 59 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 59 as to other parties.

60.     Paragraph 60 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 60 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 60 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 60 as to other parties.

61.     Paragraph 61 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph

61 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 61 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 61 as to other parties.

62.     Paragraph 62 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 62 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 62 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 62 as to other parties.

63.     Paragraph 63 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 63 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 63 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 63 as to other parties.

64.     Paragraph 64 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 64 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 64 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 64 as to other parties.

65.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 65.

66.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 66.

67.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 67.

68.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 68.

69.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 69.

70.      Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 70.

71.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 71.

72.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 72.

73.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 73.

74.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 74.

75.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 75.

76.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 76.

77.     To the extent Paragraph 77 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 77.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 77 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 77 as to other parties.

78.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 78.

79.     To the extent Paragraph 79 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 79.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 79 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 79 as to other parties.

80.     Paragraph 80 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 80 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 80 as to other parties.

81.     Bosch GmbH denies the allegations asserted in Paragraph 81.

82.     Paragraph 82 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 82 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.   Bosch GmbH denies the allegations asserted in Paragraph 82.

83.     Paragraph 83 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 83 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth

or falsity of the allegations regarding these unnamed standards.  Bosch GmbH otherwise denies

any allegations asserted against Bosch GmbH in Paragraph 83 and lacks knowledge or information

sufficient to form a belief with respect to the truth or falsity of the allegations contained in

Paragraph 83 as to other parties.

84.     Paragraph 84 states legal conclusions to which Bosch GmbH need not respond.  To

the extent any response to those allegations is necessary, Bosch GmbH denies them except that

Bosch GmbH admits that Bosch GmbH is a company headquartered in Gerlingen, Germany, and

that Bosch GmbH is the indirect parent company of Bosch LLC.  Bosch GmbH otherwise denies

the allegations asserted in Paragraph 84.

85.     Paragraph 85 states legal conclusions to which Bosch GmbH need not respond.  To

the extent any response to those allegations is necessary, Bosch GmbH denies them except that

Bosch GmbH admits that Bosch LLC is a Delaware limited liability company with its principal

place of business located at 38000 Hills Tech Drive, Farmington Hills, Michigan 48331, and that

Bosch LLC is an indirect wholly-owned subsidiary of Bosch GmbH.  Bosch GmbH otherwise

denies the allegations asserted in Paragraph 85.

86.     Paragraph 86 states legal conclusions to which Bosch GmbH need not respond.  To

the extent any response to those allegations is necessary, Bosch GmbH denies them.  To the extent

Paragraph 86 purports to characterize the contents of written documents, the documents speak for

themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct

contents of the documents cited in Paragraph 86.  Bosch GmbH admits that its operations are

divided into four business sectors: Mobility Solutions, Industrial Technology, Consumer Goods,

and Energy and Building Technology.  Bosch GmbH otherwise denies the allegations asserted in

Paragraph 86.

87.     To the extent Paragraph 87 purports to characterize the contents of written documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents of the documents cited in Paragraph 87.  Bosch GmbH admits that the Diesel Systems Division was part of the Mobility Solutions business sector and that the Mobility Solutions sector competed with other large automotive suppliers.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 87.

88.     To the extent Paragraph 88 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents of the document cited in Paragraph 88.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 88.

89.     To the extent Paragraph 89 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents of the document cited in Paragraph 89.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 89.

90.     To the extent Paragraph 90 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the referenced document cited in Paragraph 90.  Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 90 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 90 as to other parties.

91.     To the extent Paragraph 91 purports to characterize the contents of an unnamed research study, the research study speaks for itself.  Bosch GmbH denies such characterizations

inconsistent with the true and correct contents, if any, of the research study cited in Paragraph 91. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed research study.  Paragraph 91 states legal conclusions to which the Bosch GmbH need not respond.  To the extent any response to those allegations against Bosch GmbH is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 91.

92.     To the extent Paragraph 92 purports to characterize the contents of a press release, the press release speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents of the press release cited in Paragraph 92.  Paragraph 92 states legal conclusions to which the Bosch GmbH need not respond.  To the extent any response to those allegations against Bosch GmbH is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 92.

93.     Bosch GmbH denies the allegations contained in Paragraph 93 except Bosch GmbH avers that Bosch GmbH entered into a plea agreement on June 22, 2015 for violations of the Sherman Antitrust Act, 15 U.S.C. § 1, relating to spark plugs, oxygen sensors, and starter motors sold in the United States.  That plea agreement speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the contents of the plea agreement and refers to the plea agreement referred to in Paragraph 93 for its true and correct contents.

## V.     FACTUAL ALLEGATIONS

94.     Paragraph 94 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 94 purports to generally characterize unnamed "laws," "rules," and "regulations" of the United States, which laws, rules, and regulations speak for themselves.  Bosch GmbH lacks knowledge

or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed laws, rules, and regulations. Bosch GmbH otherwise denies the allegations asserted in Paragraph 94.

95.     Paragraph 95 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 95 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH otherwise denies the allegations asserted in Paragraph 95.

96.     To the extent Paragraph 96 purports to characterize the contents of an unnamed declaration, the declaration speaks for itself. Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the declaration cited in Paragraph 96. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 96.

97.     Bosch GmbH denies the allegations asserted in Paragraph 97.

98.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 98, including, without limitation, because of the vagueness of the allegations asserted in Paragraph 98.

99.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 99, including, without limitation, because of the vagueness of the allegations asserted in Paragraph 99.

100.    Bosch GmbH denies the allegations asserted in Paragraph 100.

101.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 101.

102.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 102, including, without limitation, because of the vagueness of the allegations asserted in Paragraph 102.

103.    Paragraph 103 purports to generally characterize certain laws and standards, which laws and standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these laws and standards.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations asserted in Paragraph 103.

104.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 104.

105.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 105.

106.    Paragraph 106 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 106 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 106 as to other parties.

107.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 107.

-28-

108.    Paragraph 108 purports to characterize the contents of an image, which image speaks for itself.  To the extent any response to Paragraph 108 is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 108.

109.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 109.

110.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 110.

111.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 111.

112.    To the extent Paragraph 112 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 112.  Paragraph 112 states legal conclusions to which Bosch GmbH need not respond.   To the extent any response to those allegations is necessary, Bosch GmbH denies them.   Paragraph 112 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 112 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 112 as to other parties.

113.    To the extent Paragraph 113 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true

and correct contents, if any, of the document cited in Paragraph 113.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 113.

114.    Paragraph 114 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 114 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 114 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 114 as to other parties.

115.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 115 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 115 as to other parties.

116.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 116 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 116 as to other parties.

117.    Paragraph 117 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 117 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH

-30-

otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 117.

118.   To the extent Paragraph 118 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 118.  Paragraph 118 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 118 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 118 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 118 as to other parties.

119.   To the extent Paragraph 119 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 119.  Paragraph 119 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 119 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 119 as to other parties.

120.   To the extent Paragraph 120 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 120.  Paragraph 120 purports to

characterize unnamed "levels" and "limits," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 120 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 120.

121.    To the extent Paragraph 121 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 121.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 121 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 121 as to other parties.

122.    To the extent Paragraph 122 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 122.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 122 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 122 as to other parties.

123.    To the extent Paragraph 123 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 123.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 123 and lacks knowledge or information

sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 123 as to other parties.

124.    To the extent Paragraph 124 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 124.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 124.

125.    To the extent Paragraph 125 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 125.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 125.

126.    To the extent Paragraph 126 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 126.  Paragraph 126 purports to characterize unnamed "levels," which levels speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed level permits.  Paragraph 126 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 126.

127.    To the extent Paragraph 127 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 127.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 127.

128.    To the extent Paragraph 128 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 128.  Paragraph 128 purports to characterize "European NOx standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding the "European NOx standards."  Paragraph 128 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 128.

129.    To the extent Paragraph 129 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 129.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 129.

130.    To the extent Paragraph 130 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 130.  Bosch GmbH lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 130.

131.    To the extent Paragraph 131 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 131.  Paragraph 131 purports to characterize unnamed "emissions standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding the unnamed standards.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 131.

132.    To the extent Paragraph 132 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 132.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 132.

133.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 133.

134.    Paragraph 134 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 134 purports to characterize unnamed "emission standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding the unnamed standards. Bosch GmbH denies the allegations

asserted against Bosch GmbH in Paragraph 134 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 134 as to other parties.

135.    Paragraph 135 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 135 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 135 as to other parties.

136.    Paragraph 136 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 136 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 136 as to other parties.

137.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 137.

138.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 138.

139.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 139.

140.    Paragraph 140 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph

140 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 140 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 140 as to other parties.

141.    Paragraph 141 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 141 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 141 as to other parties.

142.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 142.

143.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 143.

144.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 144.

145.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 145.

146.    Paragraph 146 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 146 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect

to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 146 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 146 as to other parties.

147.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 147.

148.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 148.

149.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 149.

150.    Paragraph 150 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 150.

151.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 151.

152.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 152.

153.    To the extent Paragraph 153 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 153.  Paragraph 153 purports to

generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 153.

154.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 154.

155.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 155.

156.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 156.

157.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 157.

158.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 158.

159.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 159.

160.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 160.

161.    To the extent Paragraph 161 purports to characterize a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true

and correct contents, if any, of the document cited in Paragraph 161.  Paragraph 161 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 161.

162.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 162.

163.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 163.

164.    Paragraph 164 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 164.

165.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 165.

166.    Paragraph 166 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 166 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 166.

167.    Paragraph 167 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 167 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 167.

168.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 168.

169.    Paragraph 169 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 169 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 169.

170.    Paragraph 170 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 170 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to

those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 170.

171.   Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 171.

172.   Paragraph 172 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 172 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 172.

173.   Paragraph 173 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 173.

174.   Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 174.

175.   Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 175.

176.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 176.

177.     Paragraph 177 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 177 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 177.

178.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 178.

179.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 179.

180.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 180.

181.     Paragraph 181 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 181 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 181.

182.   Paragraph 182 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 182.

183.   Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 183.

184.   Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 184.

185.   Paragraph 185 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 185 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 185.

186.   Paragraph 186 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 186 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 186.

187.    Paragraph 187 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 187 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.   Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 187.

188.    Paragraph 188 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 188 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 188 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 188 as to other parties.

189.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 189.

190.    Paragraph 190 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 190.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 190 and

lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 190 as to other parties.

191.    Paragraph 191 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 191. Paragraph 191 purports to characterize an unnamed "standard," which standard speaks for itself. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 191 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 191 as to other parties.

192.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 192.

193.    Paragraph 193 purports to characterize an unnamed "standard," which standard speaks for itself. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard. Paragraph 193 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 193.

194.    Paragraph 194 purports to characterize an unnamed "standard," which standard speaks for itself. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard. Paragraph 194

states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 194.

195.    Paragraph 195 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 195.

196.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 196.

197.    Paragraph 197 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 197 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 197.

198.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 198.

199.    Paragraph 199 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief

with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 199 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 199.

200.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 200.

201.    Paragraph 201 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 201 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 201.

202.    Paragraph 202 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 202 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 202.

203.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 203.

204.    Paragraph 204 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 204 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 204.

205.    Paragraph 205 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 205.

206.    Paragraph 206 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 206 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 206.

207.    Paragraph 207 purports to characterize an unnamed "standard," which standard speaks for itself.  Bosch GmbH lacks knowledge or information sufficient to form a belief with

respect to the truth or falsity of the allegations regarding this unnamed standard.  Paragraph 207 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.   Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 207.

208.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 208.

209.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 209.

210.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 210.

211.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 211.

212.    Paragraph 212 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 212 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.   Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 212.

213.    Paragraph 213 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief

with respect to the truth or falsity of the allegations regarding these unnamed standards. Paragraph 213 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 213.

214. Paragraph 214 purports to characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Paragraph 214 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 214.

215. Paragraph 215 purports to characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Paragraph 215 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 215.

216. Paragraph 216 purports to characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Paragraph 216 states legal conclusions to which Bosch GmbH need not respond. To the extent any response

to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 216.

217.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 217.

218.    Paragraph 218 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 218 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 218.

219.    Paragraph 219 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 219.

220.    Paragraph 220 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 220 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 220.

221.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 221.

222.    Paragraph 222 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 222.

223.    Paragraph 223 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 223 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 223.

224.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 224.

225.    Paragraph 225 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 225 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 225.

226.    Paragraph 226 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 226 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 226.

227.    Paragraph 227 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 227 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 227.

228.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 228.

229.    Paragraph 229 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 229 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response

to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 229.

230.     Paragraph 230 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 230.

231.     Paragraph 231 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 231 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 231.

232.     Paragraph 232 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 232 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 232.

233.     Paragraph 233 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 233 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 233.

234.     Paragraph 234 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 234 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 234.

235.     Paragraph 235 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 235.

236.     Paragraph 236 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 236 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 236.

237.     Paragraph 237 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 237 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 237.

238.     Paragraph 238 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 238 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 238.

239.     Paragraph 239 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 239 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 239.

240.     Paragraph 240 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 240 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 240.

241.     Paragraph 241 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 241 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 241.

242.     Paragraph 242 purports to characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 242 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 242.

243.     Paragraph 243 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

243.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 243 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 243 as to other parties.

244.    Paragraph 244 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 244.  Paragraph 244 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 244 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 244 as to other parties.

245.    Paragraph 245 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 245 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 245 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 245 as to other parties.

246.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 246 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 246 as to other parties.

247.     Paragraph 247 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 247 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 247 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 247 as to other parties.

248.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 248.

249.     Paragraph 249 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 249 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 249 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 249 as to other parties.

250.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 250.

251.     Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 251.

252.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 252.

253.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 253.

254.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 254.

255.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 255.

256.    Paragraph 256 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 256 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 256 as to other parties.

257.    Paragraph 257 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 257 except Bosch GmbH avers that the EPA issued a Notice of Violation on September 18, 2015 to Volkswagen AG, Audi AG, and Volkswagen Group of America.   To the extent Paragraph 257 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the referenced document.

258.     Paragraph 258 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 258.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 258 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 258 as to other parties.

259.     To the extent Paragraph 259 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the referenced document.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 259.

260.     Bosch GmbH denies the allegations asserted in Paragraph 260 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 260 as to other parties.

261.     To the extent Paragraph 261 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 261.  Bosch GmbH otherwise denies the allegations asserted in Paragraph 261.

262.     Bosch GmbH denies the allegations asserted in paragraph 262.

263.     To the extent Paragraph 263 purports to characterize written documents and emails, those documents and emails speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents and emails cited in Paragraph 263.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph

263 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 263 as to other parties.

264.    To the extent Paragraph 264 purports to characterize the contents of written documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 264. Paragraph 264 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 264 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 264 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 264 as to other parties.

265.    Paragraph 265 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 265 also purports to generally characterize certain laws, rules, and regulations of the United States, which laws, rules, and regulations speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these laws, rules, and regulations.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 265 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 265 as to other parties.

266.    Paragraph 266 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch

GmbH denies the allegations asserted against Bosch GmbH in Paragraph 266 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 266 as to other parties.

267.   Paragraph 267 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 267 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 267 as to other parties.

268.   To the extent Paragraph 268 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 268.  Paragraph 268 also states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 268 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 268 as to other parties.

269.   Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 269 except Bosch GmbH avers that the EPA issued a Notice of Violation on January 12, 2017 to Fiat Chrysler Automobiles N.V. and FCA US LLC.  To the extent Paragraph 269 purports to characterize the contents of any written documents, the documents speak for themselves.   Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 269.

-64-

270.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 270 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 270 as to other parties.

271.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 271 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 271 as to other parties.

272.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 272 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 272 as to other parties.

273.    To the extent Paragraph 273 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document and cited in Paragraph 273.  Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 273 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 273 as to other parties.

274.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 274 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 274 as to other parties.

275.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 275 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 275 as to other parties.

276.     To the extent Paragraph 276 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 276.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 276 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 276 as to other parties.

277.     To the extent Paragraph 277 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 277.  Bosch GmbH otherwise denies any allegations asserted against Bosch GmbH in Paragraph 277 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 277 as to other parties.

278.     Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 278 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 278 as to other parties.

279.     Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 279 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 279 as to other parties.

280.     To the extent Paragraph 280 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 280.  Bosch GmbH otherwise denies any allegations asserted against Bosch GmbH in Paragraph 280 and lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 280 as to other parties.

281.    To the extent Paragraph 281 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 281.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 281 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 281 as to other parties.

282.    To the extent Paragraph 282 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 282.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 282 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 282 as to other parties.

283.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 283 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 283 as to other parties.

284.    Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 284 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 284 as to other parties.

285.    To the extent Paragraph 285 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent

with the true and correct contents, if any, of the document cited in Paragraph 285.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 285 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 285 as to other parties.

286.    Paragraph 286 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 286 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 286 as to other parties.

287.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 287 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 287 as to other parties.

288.    Paragraph 288 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 288 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 288 as to other parties.

289.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 289 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 289 as to other parties.

290.    To the extent Paragraph 290 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 290.  Paragraph 290 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 290 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 290 as to other parties.

291.    To the extent Paragraph 291 purports to characterize the contents of written documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 291. Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 291 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 291 as to other parties.

292.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 292 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 292 as to other parties.

293.    To the extent Paragraph 293 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 293.  Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 293 and lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 293 as to other parties.

294. To the extent Paragraph 294 purports to characterize the contents of written documents, those documents speak for themselves. Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 294. Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 294 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 294 as to other parties.

295. To the extent Paragraph 295 purports to characterize the contents of a written document, the document speaks for itself. Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 295. Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 295 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 295 as to other parties.

296. To the extent Paragraph 296 purports to characterize the contents of a written document, the document speaks for itself. Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 296. Bosch GmbH admits the existence of a campaign with the slogan "Clean Diesel. Clearly Better." Bosch GmbH otherwise denies the allegations asserted in Paragraph 296 against Bosch GmbH, and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 296 as to other parties.

297.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 297 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 297 as to other parties.

298.    Paragraph 298 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 298 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 298 as to other parties.

299.    To the extent Paragraph 299 purports to generally characterize certain documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 299.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 299, except Bosch GmbH avers that the EPA issued a Notice of Violation on January 12, 2017 to Fiat Chrysler Automobiles N.V. and FCA US LLC  and that CARB issued a Notice of Violation to Fiat Chrysler Automobiles N.V. and FCA US LLC on January 12, 2017.

300.    To the extent Paragraph 300 purports to generally characterize certain documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 300.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 300.

301.    To the extent Paragraph 301 purports to generally characterize certain documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 301.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 301.

302.    To the extent Paragraph 302 purports to generally characterize certain documents, the documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 302.  Paragraph 302 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 302.

303.     Paragraph 303 contains no allegations concerning Bosch GmbH and therefore no response is required.  To the extent a response is required, Bosch GmbH refers plaintiffs to the public court filings referenced in Paragraph 303, which filings speak for themselves.

304.    To the extent Paragraph 304 purports to generally characterize certain documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 304.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 304 except Bosch GmbH avers that DOJ announced a settlement with Fiat Chrysler Automobiles N.V., FCA US, and affiliates on January 10, 2019 and refers to that settlement for its contents.

305.     Bosch GmbH denies the allegations in Paragraph 305 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 305 as to other parties.

306.     Paragraph 306 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 306 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 306, and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 306 as to other parties.

307.     Paragraph 307 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 307 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 307, and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 307 as to other parties.

308.     Paragraph 308 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 308, and lacks

knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 308 as to other parties.

309.     Paragraph 309 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 309, and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 309 as to other parties.

310.     Paragraph 310 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 310 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 310 as to other parties.

311.     Paragraph 311 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 311 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 311 as to other parties.

312.     Paragraph 312 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 312 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 312 as to other parties.

313.   To the extent Paragraph 313 purports to characterize the contents of written documents, the documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 313.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 313.

314.   To the extent Paragraph 314 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 314.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 314 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 314 as to other parties.

315.   To the extent Paragraph 315 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 315.  Paragraph 315 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 315 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 315 as to other parties.

316.   To the extent Paragraph 316 purports to characterize the contents of written documents, those documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 316.

Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 316.

317.    Paragraph 317 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  To the extent Paragraph 317 purports to characterize the contents of written documents, the documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 317.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 317.

318.    To the extent Paragraph 318 purports to characterize the contents of written documents, the documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 318. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 318.

319.    Paragraph 319 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 319 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 319 as to other parties.

320.    To the extent Paragraph 320 purports to characterize the contents of written documents, the documents speak for themselves.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 320.

Paragraph 320 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 320.

321.    Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 321 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 321 as to other parties.

322.    To the extent Paragraph 322 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 322.  Bosch GmbH otherwise denies the allegations asserted against Bosch GmbH in Paragraph 322 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 322 as to other parties.

323.    To the extent Paragraph 323 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 323.  Paragraph 323 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Paragraph 323 also states legal conclusions to which Bosch GmbH need not respond.  To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 323 and lacks knowledge or information sufficient to form a

belief with respect to the truth or falsity of the allegations contained in Paragraph 323 as to other parties.

324.    To the extent Paragraph 324 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 324.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 324.

325.    To the extent Paragraph 325 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 325.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 325.

326.    To the extent Paragraph 326 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 326.  Bosch GmbH otherwise lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 326.

327.    To the extent Paragraph 327 purports to generally characterize the contents of an unnamed written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 327.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 327.

328.    To the extent Paragraph 328 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 328.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 328.

329.    To the extend Paragraph 329 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 329.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 329.

330.    Paragraph 330 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 330 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 330 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 330 as to other parties.

331.    Paragraph 331 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies any allegations asserted against Bosch GmbH in Paragraph 331 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 331 as to other parties.

332.     Paragraph 332 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies the allegations contained in Paragraph 332.

333.     Paragraph 333 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies the allegations contained in Paragraph 333.

334.     Paragraph 334 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH otherwise denies the allegations contained in Paragraph 334.

335.     Paragraph 335 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 335 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 335 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 335 as to other parties.

336.     Paragraph 336 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 336 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 336 as to other parties.

337.     Paragraph 337 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 337 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 337 as to other parties.

338.     Paragraph 338 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 338 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 338 as to other parties.

339.     To the extent that Paragraph 339 purports to characterize the nature of this action, Bosch GmbH need not respond.  Paragraph 339 also states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 339.

340.     Paragraph 340 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 340 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 340.

341.     Paragraph 341 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 341.

342.    Paragraph 342 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 342.

343.    Paragraph 343 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 343.

344.    Paragraph 344 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 344.

345.    Paragraph 345 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 345.

346.    Paragraph 346 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 346.

347.    Paragraph 347 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 347.

348.    Paragraph 348 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 348.

349.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

350.     Paragraph 350 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 350 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 350.

351.     Paragraph 351 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 351 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 351 as to other parties.

352.     To the extent Paragraph 352 purports to set forth the text of a statute, the statute speaks for itself.  Bosch GmbH denies any characterizations inconsistent with the contents of the referenced statute and refers to the statute cited in Paragraph 352 for its true and correct contents.  Paragraph 352 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 352.

353.     Paragraph 353 states legal conclusions to which Bosch GmbH need not respond.  To the extent any response is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 353 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 353 as to other parties.

354.    Paragraph 354 states legal conclusions to which Bosch GmbH need not respond. To the extent any response is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 354.

355.    Bosch GmbH denies the allegations asserted against it in Paragraph 355 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 355 as to other parties.

356.    Paragraph 356 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH admits that Bosch GmbH is a company headquartered in Gerlingen, Germany, and that Bosch GmbH is the indirect parent company of Bosch LLC.  Bosch GmbH admits that Bosch LLC is a Delaware limited liability company with its principal place of business located at 38000 Hills Tech Drive, Farmington Hills, Michigan 48331, and that Bosch LLC is an indirect wholly-owned subsidiary of Bosch GmbH.  Bosch GmbH otherwise denies the allegations asserted against it in Paragraph 356 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in paragraph 356 as to other parties.

357.    To the extent Paragraph 357 purports to generally characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 357. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 357 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 357 as to other parties.

358.    Paragraph 358 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 358.

359.    Paragraph 359 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 359.

360.    To the extent Paragraph 360 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 360.  Bosch GmbH otherwise denies any allegations asserted against Bosch GmbH in Paragraph 360 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 360 as to other parties.

361.    To the extent Paragraph 361 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 361.  Bosch GmbH denies the allegations asserted in Paragraph 361.

362.    To the extent Paragraph 362 purports to characterize the contents of a written document, the document speaks for itself.  Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 362.  Bosch GmbH otherwise denies the allegations asserted against it in Paragraph 362 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 362 as to other parties.

363.     Paragraph 363 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 363.

364.     Paragraph 364 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 364.

365.     Paragraph 365 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 365.

366.     Paragraph 366 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 366.

367.     Paragraph 367 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 367.

368.     Paragraph 368 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 368.

369.     Paragraph 369 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 369.

370.     Paragraph 370 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 370 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 370 as to other parties.

371.     Paragraph 371 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 371 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 371 as to other parties.

372.     Paragraph 372 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 372.

373.     Paragraph 373 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted in Paragraph 373.

374.     Paragraph 374 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 374 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 374 as to other parties.

375.     Paragraph 375 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 375 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 375 as to other parties.

376.     To the extent Paragraph 376 purports to characterize the contents of a written document, the document speaks for itself. Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the document cited in Paragraph 376. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 376 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 376 as to other parties.

377.     Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 377 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 377 as to other parties.

378.     Paragraph 378 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 378 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 378 as to other parties.

379.     Paragraph 379 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 379 and lacks knowledge

or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 379 as to other parties.

380.     Paragraph 380 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 380 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 380 as to other parties.

381.     To the extent Paragraph 381 purports to characterize the contents of written documents, the documents speak for itself.   Bosch GmbH denies such characterizations inconsistent with the true and correct contents, if any, of the documents cited in Paragraph 381. Bosch GmbH denies any allegations asserted against Bosch GmbH in Paragraph 381 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 381 as to other parties.

382.     Paragraph 382 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 382 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 382 as to other parties.

383.     Paragraph 383 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 383 and lacks knowledge

or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 383 as to other parties.

384.    Paragraph 384 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Paragraph 384 purports to generally characterize unnamed "standards," which standards speak for themselves.  Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 384 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 384 as to other parties.

385.    Paragraph 385 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 385 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 385 as to other parties.

386.    Paragraph 386 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 386 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 386 as to other parties.

387.    Paragraph 387 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch

GmbH denies the allegations asserted against Bosch GmbH in Paragraph 387 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 387 as to other parties.

388.    Paragraph 388 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 388 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 388 as to other parties.

389.    Paragraph 389 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 389 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 389 as to other parties.

390.    Paragraph 390 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 390 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 390 as to other parties.

391.    Paragraph 391 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 391 and lacks knowledge

or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 391 as to other parties.

392.    Paragraph 392 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 392 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 392 as to other parties.

393.    Paragraph 393 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 393 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 393 as to other parties.

394.    Paragraph 394 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 394 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 394 as to other parties.

395.    Paragraph 395 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them.  Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 395 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 395 as to other parties.

396.     Paragraph 396 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 396 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 396 as to other parties.

397.     Paragraph 397 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Paragraph 397 purports to generally characterize unnamed "standards," which standards speak for themselves. Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations regarding these unnamed standards. Bosch GmbH denies the allegations asserted in Paragraph 397.

398.     Paragraph 398 states legal conclusions to which Bosch GmbH need not respond. To the extent any response to those allegations is necessary, Bosch GmbH denies them. Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 398 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 398 as to other parties.

399.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

400.     Paragraph 400 purports to characterize the nature of this action and Bosch GmbH need not respond. Paragraph 400 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 400.

401.    To the extent Paragraph 401 purports to set forth the text of a statute, the statute speaks for itself.  Bosch GmbH denies any characterizations inconsistent with the contents of the referenced statute and refers to the statute cited in Paragraph 401 for its true and correct contents.

402.    Paragraph 402 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 402 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 402 as to other parties.

403.    Paragraph 403 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 403.

404.    Paragraph 404 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 404.

405.    To the extent Paragraph 405 purports to set forth the text of a statute, the statute speaks for itself.  Bosch GmbH denies any characterizations inconsistent with the contents of the referenced statute and refers to the statute cited in Paragraph 405 for its true and correct contents. Paragraph 405 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 405 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 405 as to other parties.

406.    Paragraph 406 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

406 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 406 as to other parties.

407. Paragraph 407 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 407 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 407 as to other parties.

408. Paragraph 408 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 408 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 408 as to other parties.

409. Paragraph 409 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 409 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 409 as to other parties.

410. Paragraph 410 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 410 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 410 as to other parties.

411. Paragraph 411 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 411 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 411 as to other parties.

412.    Paragraph 412 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 412 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 412 as to other parties.

413.    Paragraph 413 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 413 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 413 as to other parties.

414.    Paragraph 414 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 414 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 414 as to other parties.

415.    Paragraph 415 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 415 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 415 as to other parties.

416.    Paragraph 416 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 416 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 416 as to other parties.

417.    Paragraph 417 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

417 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 417 as to other parties.

418.    Bosch GmbH lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 418 as to other parties.

419.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

420.    Paragraph 420 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 420 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 420.

421.    Paragraph 421 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 421 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 421 as to other parties.

422.    Paragraph 422 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 422 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 422 as to other parties.

423.    Bosch GmbH denies the allegations asserted in Paragraph 423 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 423 as to other parties.

424.     Paragraph 424 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 424 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 424 as to other parties.

425.     Paragraph 425 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 425 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 425 as to other parties.

426.     Paragraph 426 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 426 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 426 as to other parties.

427.     Paragraph 427 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 427 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 427 as to other parties.

428.     Paragraph 428 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 428 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 428 as to other parties.

429.     Bosch GmbH denies the allegations asserted in Paragraph 429 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 429 as to other parties.

430.     Paragraph 430 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 430 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 430 as to other parties.

431.     Paragraph 431 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 431 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 431 as to other parties.

432.     Paragraph 432 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 432 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 432 as to other parties.

433.     Paragraph 433 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 433 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 433 as to other parties.

434.     Bosch GmbH denies the allegations asserted in Paragraph 434 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 434 as to other parties.

435.    Paragraph 435 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 435 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 435 as to other parties.

436.    Paragraph 436 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 436 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 436 as to other parties.

437.    Paragraph 437 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 437 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 437 as to other parties.

438.    Paragraph 438 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 438 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 438 as to other parties.

439.    Paragraph 439 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 439 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 439 as to other parties.

440.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

441.    Bosch GmbH respectfully submits that no response to Paragraph 441 is required because this Count is not being asserted against Bosch GmbH.

442.    Bosch GmbH respectfully submits that no response to Paragraph 442 is required because this Count is not being asserted against Bosch GmbH.

443.    Bosch GmbH respectfully submits that no response to Paragraph 443 is required because this Count is not being asserted against Bosch GmbH.

444.    Bosch GmbH respectfully submits that no response to Paragraph 444 is required because this Count is not being asserted against Bosch GmbH.

445.    Bosch GmbH respectfully submits that no response to Paragraph 445 is required because this Count is not being asserted against Bosch GmbH.

446.    Bosch GmbH respectfully submits that no response to Paragraph 446 is required because this Count is not being asserted against Bosch GmbH.

447.    Bosch GmbH respectfully submits that no response to Paragraph 447 is required because this Count is not being asserted against Bosch GmbH.

448.    Bosch GmbH respectfully submits that no response to Paragraph 448 is required because this Count is not being asserted against Bosch GmbH.

449.    Bosch GmbH respectfully submits that no response to Paragraph 449 is required because this Count is not being asserted against Bosch GmbH.

450.    Bosch GmbH respectfully submits that no response to Paragraph 450 is required because this Count is not being asserted against Bosch GmbH.

451.    Bosch GmbH respectfully submits that no response to Paragraph 451 is required because this Count is not being asserted against Bosch GmbH.

452.    Bosch GmbH respectfully submits that no response to Paragraph 452 is required because this Count is not being asserted against Bosch GmbH.

453.    Bosch GmbH respectfully submits that no response to Paragraph 453 is required because this Count is not being asserted against Bosch GmbH.

454.    Bosch GmbH respectfully submits that no response to Paragraph 454 is required because this Count is not being asserted against Bosch GmbH.

455.    Bosch GmbH respectfully submits that no response to Paragraph 455 is required because this Count is not being asserted against Bosch GmbH.

456.    Bosch GmbH respectfully submits that no response to Paragraph 456 is required because this Count is not being asserted against Bosch GmbH.

457.    Bosch GmbH respectfully submits that no response to Paragraph 457 is required because this Count is not being asserted against Bosch GmbH.

458.    Bosch GmbH respectfully submits that no response to Paragraph 458 is required because this Count is not being asserted against Bosch GmbH.

459.    Bosch GmbH respectfully submits that no response to Paragraph 459 is required because this Count is not being asserted against Bosch GmbH.

460.    Bosch GmbH respectfully submits that no response to Paragraph 460 is required because this Count is not being asserted against Bosch GmbH.

461.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

462.    Paragraph 462 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 462 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 462.

463.    Paragraph 463 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 463 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 463 as to other parties.

464.    Paragraph 464 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 464 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 464 as to other parties.

465.    Bosch GmbH denies the allegations asserted in Paragraph 465 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 465 as to other parties.

466.    Bosch GmbH denies the allegations asserted in Paragraph 466 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 466 as to other parties.

467.    Paragraph 467 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

467 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 467 as to other parties.

468.   Paragraph 468 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 468 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 468 as to other parties.

469.   Paragraph 469 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 469 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 469 as to other parties.

470.   Paragraph 470 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 470 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 470 as to other parties.

471.   Paragraph 471 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 471 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 471 as to other parties.

472.   Bosch GmbH denies the allegations asserted in Paragraph 472 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 472 as to other parties.

473.    Paragraph 473 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 473 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 473 as to other parties.

474.    Paragraph 474 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 474 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 474 as to other parties.

475.    Paragraph 475 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 475 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 475 as to other parties.

476.    Paragraph 476 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 476 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 476 as to other parties.

477.    Bosch GmbH denies the allegations asserted in Paragraph 477 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 477 as to other parties.

478.    Paragraph 478 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

478 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 478 as to other parties.

479.    Paragraph 479 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 479 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 479 as to other parties.

480.    Paragraph 480 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 480 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 480 as to other parties.

481.    Paragraph 481 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 481 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 481 as to other parties.

482.    Paragraph 482 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 482 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 482 as to other parties.

483.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

484.    Bosch GmbH respectfully submits that no response to Paragraph 484 is required because this Count is not being asserted against Bosch GmbH.

-106-

485.    Bosch GmbH respectfully submits that no response to Paragraph 485 is required because this Count is not being asserted against Bosch GmbH.

486.    Bosch GmbH respectfully submits that no response to Paragraph 486 is required because this Count is not being asserted against Bosch GmbH.

487.    Bosch GmbH respectfully submits that no response to Paragraph 487 is required because this Count is not being asserted against Bosch GmbH.

488.    Bosch GmbH respectfully submits that no response to Paragraph 488 is required because this Count is not being asserted against Bosch GmbH.

489.    Bosch GmbH respectfully submits that no response to Paragraph 489 is required because this Count is not being asserted against Bosch GmbH.

490.    Bosch GmbH respectfully submits that no response to Paragraph 490 is required because this Count is not being asserted against Bosch GmbH.

491.    Bosch GmbH respectfully submits that no response to Paragraph 491 is required because this Count is not being asserted against Bosch GmbH.

492.    Bosch GmbH respectfully submits that no response to Paragraph 492 is required because this Count is not being asserted against Bosch GmbH.

493.    Bosch GmbH respectfully submits that no response to Paragraph 493 is required because this Count is not being asserted against Bosch GmbH.

494.    Bosch GmbH respectfully submits that no response to Paragraph 494 is required because this Count is not being asserted against Bosch GmbH.

495.    Bosch GmbH respectfully submits that no response to Paragraph 495 is required because this Count is not being asserted against Bosch GmbH.

496.    Bosch GmbH respectfully submits that no response to Paragraph 496 is required because this Count is not being asserted against Bosch GmbH.

497.    Bosch GmbH respectfully submits that no response to Paragraph 497 is required because this Count is not being asserted against Bosch GmbH.

498.    Bosch GmbH respectfully submits that no response to Paragraph 498 is required because this Count is not being asserted against Bosch GmbH.

499.    Bosch GmbH respectfully submits that no response to Paragraph 499 is required because this Count is not being asserted against Bosch GmbH.

500.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

501.    Bosch GmbH respectfully submits that no response to Paragraph 501 is required because this Count is not being asserted against Bosch GmbH.

502.    Bosch GmbH respectfully submits that no response to Paragraph 502 is required because this Count is not being asserted against Bosch GmbH.

503.    Bosch GmbH respectfully submits that no response to Paragraph 503 is required because this Count is not being asserted against Bosch GmbH.

504.    Bosch GmbH respectfully submits that no response to Paragraph 504 is required because this Count is not being asserted against Bosch GmbH.

505.    Bosch GmbH respectfully submits that no response to Paragraph 505 is required because this Count is not being asserted against Bosch GmbH.

506.    Bosch GmbH respectfully submits that no response to Paragraph 506 is required because this Count is not being asserted against Bosch GmbH.

507.    Bosch GmbH respectfully submits that no response to Paragraph 507 is required because this Count is not being asserted against Bosch GmbH.

508.    Bosch GmbH respectfully submits that no response to Paragraph 508 is required because this Count is not being asserted against Bosch GmbH.

509.    Bosch GmbH respectfully submits that no response to Paragraph 509 is required because this Count is not being asserted against Bosch GmbH.

510.    Bosch GmbH respectfully submits that no response to Paragraph 510 is required because this Count is not being asserted against Bosch GmbH.

511.    Bosch GmbH respectfully submits that no response to Paragraph 511 is required because this Count is not being asserted against Bosch GmbH.

512.    Bosch GmbH respectfully submits that no response to Paragraph 512 is required because this Count is not being asserted against Bosch GmbH.

513.    Bosch GmbH respectfully submits that no response to Paragraph 513 is required because this Count is not being asserted against Bosch GmbH.

514.    Bosch GmbH respectfully submits that no response to Paragraph 514 is required because this Count is not being asserted against Bosch GmbH.

515.     Bosch GmbH respectfully submits that no response to Paragraph 515 is required because this Count is not being asserted against Bosch GmbH.

516.     Bosch GmbH respectfully submits that no response to Paragraph 516 is required because this Count is not being asserted against Bosch GmbH.

517.     Bosch GmbH respectfully submits that no response to Paragraph 517 is required because this Count is not being asserted against Bosch GmbH.

518.     Bosch GmbH respectfully submits that no response to Paragraph 518 is required because this Count is not being asserted against Bosch GmbH.

519.     Bosch GmbH respectfully submits that no response to Paragraph 519 is required because this Count is not being asserted against Bosch GmbH.

520.     Bosch GmbH respectfully submits that no response to Paragraph 520 is required because this Count is not being asserted against Bosch GmbH.

521.     Bosch GmbH respectfully submits that no response to Paragraph 521 is required because this Count is not being asserted against Bosch GmbH.

522.     Bosch GmbH respectfully submits that no response to Paragraph 522 is required because this Count is not being asserted against Bosch GmbH.

523.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

524.     Bosch GmbH respectfully submits that no response to Paragraph 524 is required because this Count is not being asserted against Bosch GmbH.

525.     Bosch GmbH respectfully submits that no response to Paragraph 525 is required because this Count is not being asserted against Bosch GmbH.

526.     Bosch GmbH respectfully submits that no response to Paragraph 526 is required because this Count is not being asserted against Bosch GmbH.

527.     Bosch GmbH respectfully submits that no response to Paragraph 527 is required because this Count is not being asserted against Bosch GmbH.

528.     Bosch GmbH respectfully submits that no response to Paragraph 528 is required because this Count is not being asserted against Bosch GmbH.

529.     Bosch GmbH respectfully submits that no response to Paragraph 529 is required because this Count is not being asserted against Bosch GmbH.

530.     Bosch GmbH respectfully submits that no response to Paragraph 530 is required because this Count is not being asserted against Bosch GmbH.

531.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

532.     Paragraph 532 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 532 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 532.

533.     Paragraph 533 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

533 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 533 as to other parties.

534.   Paragraph 534 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 534 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 534 as to other parties.

535.   Bosch GmbH denies the allegations asserted in Paragraph 535 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 535 as to other parties.

536.   Paragraph 536 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 536 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 536 as to other parties.

537.   Paragraph 537 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 537 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 537 as to other parties.

538.   Paragraph 538 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 538 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 538 as to other parties.

539.    Paragraph 539 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 539 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 539 as to other parties.

540.    Paragraph 540 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 540 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 540 as to other parties.

541.    Bosch GmbH denies the allegations asserted in Paragraph 541 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 541 as to other parties.

542.    Paragraph 542 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 542 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 542 as to other parties.

543.    Paragraph 543 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 543 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 543 as to other parties.

544.    Paragraph 544 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

544 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 544 as to other parties.

545.    Paragraph 545 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 545 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 545 as to other parties.

546.    Bosch GmbH denies the allegations asserted in Paragraph 546 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 546 as to other parties.

547.    Paragraph 547 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 547 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 547 as to other parties.

548.    Paragraph 548 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 548 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 548 as to other parties.

549.    Paragraph 549 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 549 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 549 as to other parties.

550.    Paragraph 550 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 550 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 550 as to other parties.

551.    Paragraph 551 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 551 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 551 as to other parties.

552.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

553.    Bosch GmbH respectfully submits that no response to Paragraph 553 is required because this Count is not being asserted against Bosch GmbH.

554.    Bosch GmbH respectfully submits that no response to Paragraph 554 is required because this Count is not being asserted against Bosch GmbH.

555.    Bosch GmbH respectfully submits that no response to Paragraph 555 is required because this Count is not being asserted against Bosch GmbH.

556.    Bosch GmbH respectfully submits that no response to Paragraph 556 is required because this Count is not being asserted against Bosch GmbH.

557.    Bosch GmbH respectfully submits that no response to Paragraph 557 is required because this Count is not being asserted against Bosch GmbH.

558.    Bosch GmbH respectfully submits that no response to Paragraph 558 is required because this Count is not being asserted against Bosch GmbH.

559.    Bosch GmbH respectfully submits that no response to Paragraph 559 is required because this Count is not being asserted against Bosch GmbH.

560.    Bosch GmbH respectfully submits that no response to Paragraph 560 is required because this Count is not being asserted against Bosch GmbH.

561.    Bosch GmbH respectfully submits that no response to Paragraph 561 is required because this Count is not being asserted against Bosch GmbH.

562.    Bosch GmbH respectfully submits that no response to Paragraph 562 is required because this Count is not being asserted against Bosch GmbH.

563.    Bosch GmbH respectfully submits that no response to Paragraph 563 is required because this Count is not being asserted against Bosch GmbH.

564.    Bosch GmbH respectfully submits that no response to Paragraph 564 is required because this Count is not being asserted against Bosch GmbH.

565.    Bosch GmbH respectfully submits that no response to Paragraph 565 is required because this Count is not being asserted against Bosch GmbH.

566.    Bosch GmbH respectfully submits that no response to Paragraph 566 is required because this Count is not being asserted against Bosch GmbH.

567.    Bosch GmbH respectfully submits that no response to Paragraph 567 is required because this Count is not being asserted against Bosch GmbH.

568.    Bosch GmbH respectfully submits that no response to Paragraph 568 is required because this Count is not being asserted against Bosch GmbH.

569.    Bosch GmbH respectfully submits that no response to Paragraph 569 is required because this Count is not being asserted against Bosch GmbH.

570.    Bosch GmbH respectfully submits that no response to Paragraph 570 is required because this Count is not being asserted against Bosch GmbH.

571.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

572.    Paragraph 572 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 572 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 572.

573.    Paragraph 573 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 573 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 573 as to other parties.

574.    Paragraph 574 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 574 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 574 as to other parties.

575.    Bosch GmbH denies the allegations asserted in Paragraph 575 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 575 as to other parties.

576.    Paragraph 576 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 576 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 576 as to other parties.

577.    Paragraph 577 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 577 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 577 as to other parties.

578.    Paragraph 578 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 578 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 578 as to other parties.

579.    Paragraph 579 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 579 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 579 as to other parties.

580.    Paragraph 580 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

580 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 580 as to other parties.

581.    Bosch GmbH denies the allegations asserted in Paragraph 581 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 581 as to other parties.

582.    Paragraph 582 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 582 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 582 as to other parties.

583.    Paragraph 583 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 583 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 583 as to other parties.

584.    Paragraph 584 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 584 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 584 as to other parties.

585.    Paragraph 585 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 585 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 585 as to other parties.

586.     Bosch GmbH denies the allegations asserted in Paragraph 586 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 586 as to other parties.

587.     Paragraph 587 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 587 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 587 as to other parties.

588.     Paragraph 588 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 588 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 588 as to other parties.

589.     Paragraph 589 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 589 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 589 as to other parties.

590.     Paragraph 590 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 590 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 590 as to other parties.

591.     Paragraph 591 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

591 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 591 as to other parties.

592.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

593.    Bosch GmbH respectfully submits that no response to Paragraph 593 is required because this Count is not being asserted against Bosch GmbH.

594.    Bosch GmbH respectfully submits that no response to Paragraph 594 is required because this Count is not being asserted against Bosch GmbH.

595.    Bosch GmbH respectfully submits that no response to Paragraph 595 is required because this Count is not being asserted against Bosch GmbH.

596.    Bosch GmbH respectfully submits that no response to Paragraph 596 is required because this Count is not being asserted against Bosch GmbH.

597.    Bosch GmbH respectfully submits that no response to Paragraph 597 is required because this Count is not being asserted against Bosch GmbH.

598.    Bosch GmbH respectfully submits that no response to Paragraph 598 is required because this Count is not being asserted against Bosch GmbH.

599.    Bosch GmbH respectfully submits that no response to Paragraph 599 is required because this Count is not being asserted against Bosch GmbH.

600.    Bosch GmbH respectfully submits that no response to Paragraph 600 is required because this Count is not being asserted against Bosch GmbH.

601.     Bosch GmbH respectfully submits that no response to Paragraph 601 is required because this Count is not being asserted against Bosch GmbH.

602.     Bosch GmbH respectfully submits that no response to Paragraph 602 is required because this Count is not being asserted against Bosch GmbH.

603.     Bosch GmbH respectfully submits that no response to Paragraph 603 is required because this Count is not being asserted against Bosch GmbH.

604.     Bosch GmbH respectfully submits that no response to Paragraph 604 is required because this Count is not being asserted against Bosch GmbH.

605.     Bosch GmbH respectfully submits that no response to Paragraph 605 is required because this Count is not being asserted against Bosch GmbH.

606.     Bosch GmbH respectfully submits that no response to Paragraph 606 is required because this Count is not being asserted against Bosch GmbH.

607.     Bosch GmbH respectfully submits that no response to Paragraph 607 is required because this Count is not being asserted against Bosch GmbH.

608.     Bosch GmbH respectfully submits that no response to Paragraph 608 is required because this Count is not being asserted against Bosch GmbH.

609.     Bosch GmbH respectfully submits that no response to Paragraph 609 is required because this Count is not being asserted against Bosch GmbH.

610.     Bosch GmbH respectfully submits that no response to Paragraph 610 is required because this Count is not being asserted against Bosch GmbH.

611.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

612.     Paragraph 612 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 612 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 612.

613.     Paragraph 613 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 613 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 613 as to other parties.

614.     Paragraph 614 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 614 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 614 as to other parties.

615.     Bosch GmbH denies the allegations asserted in Paragraph 615 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 615 as to other parties.

616.     Paragraph 616 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 616 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 616 as to other parties.

617.    Paragraph 617 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 617 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 617 as to other parties.

618.    Paragraph 618 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 618 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 618 as to other parties.

619.    Paragraph 619 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 619 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 619 as to other parties.

620.    Paragraph 620 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 620 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 620 as to other parties.

621.    Bosch GmbH denies the allegations asserted in Paragraph 621 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 621 as to other parties.

622.    Paragraph 622 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

622 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 622 as to other parties.

623.     Paragraph 623 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 623 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 623 as to other parties.

624.     Paragraph 624 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 624 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 624 as to other parties.

625.     Paragraph 625 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 625 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 625 as to other parties.

626.     Bosch GmbH denies the allegations asserted in Paragraph 626 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 626 as to other parties.

627.     Paragraph 627 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 627 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 627 as to other parties.

628.     Paragraph 628 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 628 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 628 as to other parties.

629.     Paragraph 629 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 629 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 629 as to other parties.

630.     Paragraph 630 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 630 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 630 as to other parties.

631.     Paragraph 631 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 631 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 631 as to other parties.

632.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

633.     Bosch GmbH respectfully submits that no response to Paragraph 633 is required because this Count is not being asserted against Bosch GmbH.

634.     Bosch GmbH respectfully submits that no response to Paragraph 634 is required because this Count is not being asserted against Bosch GmbH.

635.    Bosch GmbH respectfully submits that no response to Paragraph 635 is required because this Count is not being asserted against Bosch GmbH.

636.    Bosch GmbH respectfully submits that no response to Paragraph 636 is required because this Count is not being asserted against Bosch GmbH.

637.    Bosch GmbH respectfully submits that no response to Paragraph 637 is required because this Count is not being asserted against Bosch GmbH.

638.    Bosch GmbH respectfully submits that no response to Paragraph 638 is required because this Count is not being asserted against Bosch GmbH.

639.    Bosch GmbH respectfully submits that no response to Paragraph 639 is required because this Count is not being asserted against Bosch GmbH.

640.    Bosch GmbH respectfully submits that no response to Paragraph 640 is required because this Count is not being asserted against Bosch GmbH.

641.    Bosch GmbH respectfully submits that no response to Paragraph 641 is required because this Count is not being asserted against Bosch GmbH.

642.    Bosch GmbH respectfully submits that no response to Paragraph 642 is required because this Count is not being asserted against Bosch GmbH.

643.    Bosch GmbH respectfully submits that no response to Paragraph 643 is required because this Count is not being asserted against Bosch GmbH.

644.    Bosch GmbH respectfully submits that no response to Paragraph 644 is required because this Count is not being asserted against Bosch GmbH.

645.    Bosch GmbH respectfully submits that no response to Paragraph 645 is required because this Count is not being asserted against Bosch GmbH.

646.    Bosch GmbH respectfully submits that no response to Paragraph 646 is required because this Count is not being asserted against Bosch GmbH.

647.    Bosch GmbH respectfully submits that no response to Paragraph 647 is required because this Count is not being asserted against Bosch GmbH.

648.    Bosch GmbH respectfully submits that no response to Paragraph 648 is required because this Count is not being asserted against Bosch GmbH.

649.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

650.    Paragraph 650 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 650 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 650.

651.    To the extent Paragraph 651 purports to set forth the text of a statute, the statute speaks for itself.  Bosch GmbH denies any characterizations inconsistent with the contents of the referenced statute and refers to the statute cited in Paragraph 651 for its true and correct contents.

652.    Paragraph 652 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 652.

653.    Paragraph 653 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 653 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 653 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 653 as to other parties.

654.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

655.    Paragraph 655 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 655 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 655.

656.    Paragraph 656 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 656 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 656 as to other parties.

657.    Paragraph 657 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 657 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 657 as to other parties.

658.    Bosch GmbH denies the allegations asserted in Paragraph 658 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 658 as to other parties.

659.     Paragraph 659 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 659 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 659 as to other parties.

660.     Paragraph 660 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 660 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 660 as to other parties.

661.     Paragraph 661 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 661 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 661 as to other parties.

662.     Paragraph 662 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 662 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 662 as to other parties.

663.     Paragraph 663 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 663 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 663 as to other parties.

664.     Paragraph 664 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

664 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 664 as to other parties.

665.   Bosch GmbH denies the allegations asserted in Paragraph 665 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 665 as to other parties.

666.   Paragraph 666 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 666 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 666 as to other parties.

667.   Paragraph 667 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 667 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 667 as to other parties.

668.   Paragraph 668 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 668 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 668 as to other parties.

669.   Paragraph 669 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 669 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 669 as to other parties.

670.     Bosch GmbH denies the allegations asserted in Paragraph 670 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 670 as to other parties.

671.     Paragraph 671 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 671 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 671 as to other parties.

672.     Paragraph 672 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 672 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 672 as to other parties.

673.     Paragraph 673 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 673 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 673 as to other parties.

674.     Paragraph 674 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 674 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 674 as to other parties.

675.     Paragraph 675 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

675 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 675 as to other parties.

676. Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

677. Bosch GmbH respectfully submits that no response to Paragraph 677 is required because this Count is not being asserted against Bosch GmbH.

678. Bosch GmbH respectfully submits that no response to Paragraph 678 is required because this Count is not being asserted against Bosch GmbH.

679. Bosch GmbH respectfully submits that no response to Paragraph 679 is required because this Count is not being asserted against Bosch GmbH.

680. Bosch GmbH respectfully submits that no response to Paragraph 680 is required because this Count is not being asserted against Bosch GmbH.

681. Bosch GmbH respectfully submits that no response to Paragraph 681 is required because this Count is not being asserted against Bosch GmbH.

682. Bosch GmbH respectfully submits that no response to Paragraph 682 is required because this Count is not being asserted against Bosch GmbH.

683. Bosch GmbH respectfully submits that no response to Paragraph 683 is required because this Count is not being asserted against Bosch GmbH.

684. Bosch GmbH respectfully submits that no response to Paragraph 684 is required because this Count is not being asserted against Bosch GmbH.

685.    Bosch GmbH respectfully submits that no response to Paragraph 685 is required because this Count is not being asserted against Bosch GmbH.

686.    Bosch GmbH respectfully submits that no response to Paragraph 686 is required because this Count is not being asserted against Bosch GmbH.

687.    Bosch GmbH respectfully submits that no response to Paragraph 687 is required because this Count is not being asserted against Bosch GmbH.

688.    Bosch GmbH respectfully submits that no response to Paragraph 688 is required because this Count is not being asserted against Bosch GmbH.

689.    Bosch GmbH respectfully submits that no response to Paragraph 689 is required because this Count is not being asserted against Bosch GmbH.

690.    Bosch GmbH respectfully submits that no response to Paragraph 690 is required because this Count is not being asserted against Bosch GmbH.

691.    Bosch GmbH respectfully submits that no response to Paragraph 691 is required because this Count is not being asserted against Bosch GmbH.

692.    Bosch GmbH respectfully submits that no response to Paragraph 692 is required because this Count is not being asserted against Bosch GmbH.

693.    Bosch GmbH respectfully submits that no response to Paragraph 693 is required because this Count is not being asserted against Bosch GmbH.

694.    Bosch GmbH respectfully submits that no response to Paragraph 694 is required because this Count is not being asserted against Bosch GmbH.

695.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

696.    Paragraph 696 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 696 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 696.

697.    Paragraph 697 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 697 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 697 as to other parties.

698.    Paragraph 698 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 698 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 698 as to other parties.

699.    Bosch GmbH denies the allegations asserted in Paragraph 699 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 699 as to other parties.

700.    Paragraph 700 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 700 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 700 as to other parties.

701.    Paragraph 701 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 701 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 701 as to other parties.

702.    Paragraph 702 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 702 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 702 as to other parties.

703.    Paragraph 703 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 703 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 703 as to other parties.

704.    Paragraph 704 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 704 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 704 as to other parties.

705.    Bosch GmbH denies the allegations asserted in Paragraph 705 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 705 as to other parties.

706.    Paragraph 706 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

706 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 706 as to other parties.

707.    Paragraph 707 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 707 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 707 as to other parties.

708.    Paragraph 708 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 708 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 708 as to other parties.

709.    Paragraph 709 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 709 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 709 as to other parties.

710.    Bosch GmbH denies the allegations asserted in Paragraph 710 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 710 as to other parties.

711.    Paragraph 711 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 711 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 711 as to other parties.

712.    Paragraph 712 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 712 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 712 as to other parties.

713.    Paragraph 713 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 713 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 713 as to other parties.

714.    Paragraph 714 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 714 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 714 as to other parties.

715.    Paragraph 715 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 715 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 715 as to other parties.

716.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

717.    Bosch GmbH respectfully submits that no response to Paragraph 717 is required because this Count is not being asserted against Bosch GmbH.

718.    Bosch GmbH respectfully submits that no response to Paragraph 718 is required because this Count is not being asserted against Bosch GmbH.

719.     Bosch GmbH respectfully submits that no response to Paragraph 719 is required because this Count is not being asserted against Bosch GmbH.

720.     Bosch GmbH respectfully submits that no response to Paragraph 720 is required because this Count is not being asserted against Bosch GmbH.

721.     Bosch GmbH respectfully submits that no response to Paragraph 721 is required because this Count is not being asserted against Bosch GmbH.

722.     Bosch GmbH respectfully submits that no response to Paragraph 722 is required because this Count is not being asserted against Bosch GmbH.

723.     Bosch GmbH respectfully submits that no response to Paragraph 723 is required because this Count is not being asserted against Bosch GmbH.

724.     Bosch GmbH respectfully submits that no response to Paragraph 724 is required because this Count is not being asserted against Bosch GmbH.

725.     Bosch GmbH respectfully submits that no response to Paragraph 725 is required because this Count is not being asserted against Bosch GmbH.

726.     Bosch GmbH respectfully submits that no response to Paragraph 726 is required because this Count is not being asserted against Bosch GmbH.

727.     Bosch GmbH respectfully submits that no response to Paragraph 727 is required because this Count is not being asserted against Bosch GmbH.

728.     Bosch GmbH respectfully submits that no response to Paragraph 728 is required because this Count is not being asserted against Bosch GmbH.

729.    Bosch GmbH respectfully submits that no response to Paragraph 729 is required because this Count is not being asserted against Bosch GmbH.

730.    Bosch GmbH respectfully submits that no response to Paragraph 730 is required because this Count is not being asserted against Bosch GmbH.

731.    Bosch GmbH respectfully submits that no response to Paragraph 731 is required because this Count is not being asserted against Bosch GmbH.

732.    Bosch GmbH respectfully submits that no response to Paragraph 732 is required because this Count is not being asserted against Bosch GmbH.

733.    Bosch GmbH respectfully submits that no response to Paragraph 733 is required because this Count is not being asserted against Bosch GmbH.

734.    Bosch GmbH respectfully submits that no response to Paragraph 734 is required because this Count is not being asserted against Bosch GmbH.

735.    Bosch GmbH respectfully submits that no response to Paragraph 735 is required because this Count is not being asserted against Bosch GmbH.

736.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

737.    Paragraph 737 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 737 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 737.

738.     Paragraph 738 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 738 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 738 as to other parties.

739.     Paragraph 739 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 739 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 739 as to other parties.

740.     Bosch GmbH denies the allegations asserted in Paragraph 740 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 740 as to other parties.

741.     Paragraph 741 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 741 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 741 as to other parties.

742.     Paragraph 742 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 742 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 742 as to other parties.

743.     Paragraph 743 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

743 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 743 as to other parties.

744.     Paragraph 744 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 744 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 744 as to other parties.

745.     Paragraph 745 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 745 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 745 as to other parties.

746.     Bosch GmbH denies the allegations asserted in Paragraph 746 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 746 as to other parties.

747.     Paragraph 747 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 747 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 747 as to other parties.

748.     Paragraph 748 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 748 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 748 as to other parties.

749.     Paragraph 749 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 749 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 749 as to other parties.

750.     Paragraph 750 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 750 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 750 as to other parties.

751.     Bosch GmbH denies the allegations asserted in Paragraph 751 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 751 as to other parties.

752.     Paragraph 752 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 752 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 752 as to other parties.

753.     Paragraph 753 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 753 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 753 as to other parties.

754.     Paragraph 754 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

754 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 754 as to other parties.

755.   Paragraph 755 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 755 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 755 as to other parties.

756.   Paragraph 756 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 756 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 756 as to other parties.

757.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

758.   Paragraph 758 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 758 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 758.

759.   Paragraph 759 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 759.

760.   Paragraph 760 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 760.

761.    To the extent Paragraph 761 purports to set forth the text of a statute, the statute speaks for itself.  Bosch GmbH denies any characterizations inconsistent with the contents of the referenced statute and refers to the statute cited in Paragraph 761 for its true and correct contents. Paragraph 761 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted against Bosch GmbH in Paragraph 761 and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations contained in Paragraph 761 as to other parties.

762.    Paragraph 762 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 762 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 762 as to other parties.

763.    Paragraph 763 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 763 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 763 as to other parties.

764.    Paragraph 764 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 764 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 764 as to other parties.

765.    Paragraph 765 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

765 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 765 as to other parties.

766.    Paragraph 766 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 766 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 766 as to other parties.

767.    Paragraph 767 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 767 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 767 as to other parties.

768.    Paragraph 768 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 768 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 768 as to other parties.

769.    Bosch GmbH denies the allegations asserted in Paragraph 769 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 769 as to other parties.

770.    Paragraph 770 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 770 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 770 as to other parties.

771.     Paragraph 771 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 771 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 771 as to other parties.

772.     Paragraph 772 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 772 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 772 as to other parties.

773.     Paragraph 773 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 773 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 773 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 773 as to other parties.

774.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

775.     Paragraph 775 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 775 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 775.

776.     Paragraph 776 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

776 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 776 as to other parties.

777.    Paragraph 777 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 777 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 777 as to other parties.

778.    Bosch GmbH denies the allegations asserted in Paragraph 778 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 778 as to other parties.

779.    Paragraph 779 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 779 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 779 as to other parties.

780.    Paragraph 780 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 780 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 780 as to other parties.

781.    Paragraph 781 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 781 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 781 as to other parties.

782.    Paragraph 782 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 782 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 782 as to other parties.

783.    Paragraph 783 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 783 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 783 as to other parties.

784.    Bosch GmbH denies the allegations asserted in Paragraph 784 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 784 as to other parties.

785.    Paragraph 785 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 785 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 785 as to other parties.

786.    Paragraph 786 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 786 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 786 as to other parties.

787.    Paragraph 787 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

787 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 787 as to other parties.

788.     Paragraph 788 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 788 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 788 as to other parties.

789.     Bosch GmbH denies the allegations asserted in Paragraph 789 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 789 as to other parties.

790.     Paragraph 790 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 790 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 790 as to other parties.

791.     Paragraph 791 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 791 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 791 as to other parties.

792.     Paragraph 792 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 792 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 792 as to other parties.

793.     Paragraph 793 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 793 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 793 as to other parties.

794.     Paragraph 794 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 794 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 794 as to other parties.

795.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

796.     Bosch GmbH respectfully submits that no response to Paragraph 796 is required because this Count is not being asserted against Bosch GmbH.

797.     Bosch GmbH respectfully submits that no response to Paragraph 797 is required because this Count is not being asserted against Bosch GmbH.

798.     Bosch GmbH respectfully submits that no response to Paragraph 798 is required because this Count is not being asserted against Bosch GmbH.

799.     Bosch GmbH respectfully submits that no response to Paragraph 799 is required because this Count is not being asserted against Bosch GmbH.

800.     Bosch GmbH respectfully submits that no response to Paragraph 800 is required because this Count is not being asserted against Bosch GmbH.

801.    Bosch GmbH respectfully submits that no response to Paragraph 801 is required because this Count is not being asserted against Bosch GmbH.

802.    Bosch GmbH respectfully submits that no response to Paragraph 802 is required because this Count is not being asserted against Bosch GmbH.

803.    Bosch GmbH respectfully submits that no response to Paragraph 803 is required because this Count is not being asserted against Bosch GmbH.

804.    Bosch GmbH respectfully submits that no response to Paragraph 804 is required because this Count is not being asserted against Bosch GmbH.

805.    Bosch GmbH respectfully submits that no response to Paragraph 805 is required because this Count is not being asserted against Bosch GmbH.

806.    Bosch GmbH respectfully submits that no response to Paragraph 806 is required because this Count is not being asserted against Bosch GmbH.

807.    Bosch GmbH respectfully submits that no response to Paragraph 807 is required because this Count is not being asserted against Bosch GmbH.

808.    Bosch GmbH respectfully submits that no response to Paragraph 808 is required because this Count is not being asserted against Bosch GmbH.

809.    Bosch GmbH respectfully submits that no response to Paragraph 809 is required because this Count is not being asserted against Bosch GmbH.

810.    Bosch GmbH respectfully submits that no response to Paragraph 810 is required because this Count is not being asserted against Bosch GmbH.

811.    Bosch GmbH respectfully submits that no response to Paragraph 811 is required because this Count is not being asserted against Bosch GmbH.

812.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

813.    Paragraph 813 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 813 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 813.

814.    Paragraph 814 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 814 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 814 as to other parties.

815.    Paragraph 815 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 815 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 815 as to other parties.

816.    Bosch GmbH denies the allegations asserted in Paragraph 816 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 816 as to other parties.

817.    Paragraph 817 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

817 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 817 as to other parties.

818.    Paragraph 818 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 818 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 818 as to other parties.

819.    Paragraph 819 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 819 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 819 as to other parties.

820.    Paragraph 820 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 820 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 820 as to other parties.

821.    Paragraph 821 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 821 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 821 as to other parties.

822.    Paragraph 822 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 822 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 822 as to other parties.

823.    Bosch GmbH denies the allegations asserted in Paragraph 823 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 823 as to other parties.

824.    Paragraph 824 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 824 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 824 as to other parties.

825.    Paragraph 825 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 825 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 825 as to other parties.

826.    Paragraph 826 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 826 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 826 as to other parties.

827.    Paragraph 827 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 827 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 827 as to other parties.

828.    Bosch GmbH denies the allegations asserted in Paragraph 828 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 828 as to other parties.

829.     Paragraph 829 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 829 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 829 as to other parties.

830.     Paragraph 830 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 830 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 830 as to other parties.

831.     Paragraph 831 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 831 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 831 as to other parties.

832.     Paragraph 832 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 832 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 832 as to other parties.

833.     Paragraph 833 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 833 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 833 as to other parties.

834.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

835.    Bosch GmbH respectfully submits that no response to Paragraph 835 is required because this Count is not being asserted against Bosch GmbH.

836.    Bosch GmbH respectfully submits that no response to Paragraph 836 is required because this Count is not being asserted against Bosch GmbH.

837.    Bosch GmbH respectfully submits that no response to Paragraph 837 is required because this Count is not being asserted against Bosch GmbH.

838.    Bosch GmbH respectfully submits that no response to Paragraph 838 is required because this Count is not being asserted against Bosch GmbH.

839.    Bosch GmbH respectfully submits that no response to Paragraph 839 is required because this Count is not being asserted against Bosch GmbH.

840.    Bosch GmbH respectfully submits that no response to Paragraph 840 is required because this Count is not being asserted against Bosch GmbH.

841.    Bosch GmbH respectfully submits that no response to Paragraph 841 is required because this Count is not being asserted against Bosch GmbH.

842.    Bosch GmbH respectfully submits that no response to Paragraph 842 is required because this Count is not being asserted against Bosch GmbH.

843.    Bosch GmbH respectfully submits that no response to Paragraph 843 is required because this Count is not being asserted against Bosch GmbH.

844.    Bosch GmbH respectfully submits that no response to Paragraph 844 is required because this Count is not being asserted against Bosch GmbH.

845.   Bosch GmbH respectfully submits that no response to Paragraph 845 is required because this Count is not being asserted against Bosch GmbH.

846.   Bosch GmbH respectfully submits that no response to Paragraph 846 is required because this Count is not being asserted against Bosch GmbH.

847.   Bosch GmbH respectfully submits that no response to Paragraph 847 is required because this Count is not being asserted against Bosch GmbH.

848.   Bosch GmbH respectfully submits that no response to Paragraph 848 is required because this Count is not being asserted against Bosch GmbH.

849.   Bosch GmbH respectfully submits that no response to Paragraph 849 is required because this Count is not being asserted against Bosch GmbH.

850.   Bosch GmbH respectfully submits that no response to Paragraph 850 is required because this Count is not being asserted against Bosch GmbH.

851.   Bosch GmbH respectfully submits that no response to Paragraph 851 is required because this Count is not being asserted against Bosch GmbH.

852.   Bosch GmbH respectfully submits that no response to Paragraph 852 is required because this Count is not being asserted against Bosch GmbH.

853.   Bosch GmbH respectfully submits that no response to Paragraph 853 is required because this Count is not being asserted against Bosch GmbH.

854.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

855.     Paragraph 855 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 855 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 855.

856.     Paragraph 856 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 856 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 856 as to other parties.

857.     Paragraph 857 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 857 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 857 as to other parties.

858.     Bosch GmbH denies the allegations asserted in Paragraph 858 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 858 as to other parties.

859.     Paragraph 859 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 859 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 859 as to other parties.

860.     Paragraph 860 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

860 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 860 as to other parties.

861.    Paragraph 861 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 861 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 861 as to other parties.

862.    Paragraph 862 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 862 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 862 as to other parties.

863.    Paragraph 863 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 863 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 863 as to other parties.

864.    Paragraph 864 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 864 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 864 as to other parties.

865.    Bosch GmbH denies the allegations asserted in Paragraph 865 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 865 as to other parties.

866.     Paragraph 866 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 866 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 866 as to other parties.

867.     Paragraph 867 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 867 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 867 as to other parties.

868.     Paragraph 868 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 868 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 868 as to other parties.

869.     Paragraph 869 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 869 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 869 as to other parties.

870.     Bosch GmbH denies the allegations asserted in Paragraph 870 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 870 as to other parties.

871.     Paragraph 871 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

871 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 871 as to other parties.

872.   Paragraph 872 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 872 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 872 as to other parties.

873.   Paragraph 873 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 873 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 873 as to other parties.

874.   Paragraph 874 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 874 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 874 as to other parties.

875.   Paragraph 875 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 875 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 875 as to other parties.

876.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

877.   Bosch GmbH respectfully submits that no response to Paragraph 877 is required because this Count is not being asserted against Bosch GmbH.

878.     Bosch GmbH respectfully submits that no response to Paragraph 878 is required because this Count is not being asserted against Bosch GmbH.

879.     Bosch GmbH respectfully submits that no response to Paragraph 879 is required because this Count is not being asserted against Bosch GmbH.

880.     Bosch GmbH respectfully submits that no response to Paragraph 880 is required because this Count is not being asserted against Bosch GmbH.

881.     Bosch GmbH respectfully submits that no response to Paragraph 881 is required because this Count is not being asserted against Bosch GmbH.

882.     Bosch GmbH respectfully submits that no response to Paragraph 882 is required because this Count is not being asserted against Bosch GmbH.

883.     Bosch GmbH respectfully submits that no response to Paragraph 883 is required because this Count is not being asserted against Bosch GmbH.

884.     Bosch GmbH respectfully submits that no response to Paragraph 884 is required because this Count is not being asserted against Bosch GmbH.

885.     Bosch GmbH respectfully submits that no response to Paragraph 885 is required because this Count is not being asserted against Bosch GmbH.

886.     Bosch GmbH respectfully submits that no response to Paragraph 886 is required because this Count is not being asserted against Bosch GmbH.

887.     Bosch GmbH respectfully submits that no response to Paragraph 887 is required because this Count is not being asserted against Bosch GmbH.

888.     Bosch GmbH respectfully submits that no response to Paragraph 888 is required because this Count is not being asserted against Bosch GmbH.

889.     Bosch GmbH respectfully submits that no response to Paragraph 889 is required because this Count is not being asserted against Bosch GmbH.

890.     Bosch GmbH respectfully submits that no response to Paragraph 890 is required because this Count is not being asserted against Bosch GmbH.

891.     Bosch GmbH respectfully submits that no response to Paragraph 891 is required because this Count is not being asserted against Bosch GmbH.

892.     Bosch GmbH respectfully submits that no response to Paragraph 892 is required because this Count is not being asserted against Bosch GmbH.

893.     Bosch GmbH respectfully submits that no response to Paragraph 893 is required because this Count is not being asserted against Bosch GmbH.

894.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

895.     Paragraph 895 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 895 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 895.

896.     Paragraph 896 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

896 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 896 as to other parties.

897.    Paragraph 897 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 897 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 897 as to other parties.

898.    Bosch GmbH denies the allegations asserted in Paragraph 898 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 898 as to other parties.

899.    Paragraph 899 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 899 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 899 as to other parties.

900.    Paragraph 900 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 900 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 900 as to other parties.

901.    Paragraph 901 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 901 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 901 as to other parties.

902.    Paragraph 902 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 902 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 902 as to other parties.

903.    Paragraph 903 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 903 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 903 as to other parties.

904.    Bosch GmbH denies the allegations asserted in Paragraph 904 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 904 as to other parties.

905.    Paragraph 905 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 905 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 905 as to other parties.

906.    Paragraph 906 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 906 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 906 as to other parties.

907.    Paragraph 907 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

907 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 907 as to other parties.

908.     Paragraph 908 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 908 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 908 as to other parties.

909.     Paragraph 909 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 909 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 909 as to other parties.

910.     Paragraph 910 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 910 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 910 as to other parties.

911.     Paragraph 911 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 911 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 911 as to other parties.

912.     Paragraph 912 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 912 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 912 as to other parties.

913.     Paragraph 913 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 913 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 913 as to other parties.

914.     Paragraph 914 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 914 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 914 as to other parties.

915.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

916.     Bosch GmbH respectfully submits that no response to Paragraph 916 is required because this Count is not being asserted against Bosch GmbH.

917.     Bosch GmbH respectfully submits that no response to Paragraph 917 is required because this Count is not being asserted against Bosch GmbH.

918.     Bosch GmbH respectfully submits that no response to Paragraph 918 is required because this Count is not being asserted against Bosch GmbH.

919.     Bosch GmbH respectfully submits that no response to Paragraph 919 is required because this Count is not being asserted against Bosch GmbH.

920.     Bosch GmbH respectfully submits that no response to Paragraph 920 is required because this Count is not being asserted against Bosch GmbH.

921.   Bosch GmbH respectfully submits that no response to Paragraph 921 is required because this Count is not being asserted against Bosch GmbH.

922.   Bosch GmbH respectfully submits that no response to Paragraph 922 is required because this Count is not being asserted against Bosch GmbH.

923.   Bosch GmbH respectfully submits that no response to Paragraph 923 is required because this Count is not being asserted against Bosch GmbH.

924.   Bosch GmbH respectfully submits that no response to Paragraph 924 is required because this Count is not being asserted against Bosch GmbH.

925.   Bosch GmbH respectfully submits that no response to Paragraph 925 is required because this Count is not being asserted against Bosch GmbH.

926.   Bosch GmbH respectfully submits that no response to Paragraph 926 is required because this Count is not being asserted against Bosch GmbH.

927.   Bosch GmbH respectfully submits that no response to Paragraph 927 is required because this Count is not being asserted against Bosch GmbH.

928.   Bosch GmbH respectfully submits that no response to Paragraph 928 is required because this Count is not being asserted against Bosch GmbH.

929.   Bosch GmbH respectfully submits that no response to Paragraph 929 is required because this Count is not being asserted against Bosch GmbH.

930.   Bosch GmbH respectfully submits that no response to Paragraph 930 is required because this Count is not being asserted against Bosch GmbH.

931.    Bosch GmbH respectfully submits that no response to Paragraph 931 is required because this Count is not being asserted against Bosch GmbH.

932.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

933.    Paragraph 933 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 933 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 933.

934.    Paragraph 934 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 934 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 934 as to other parties.

935.    Paragraph 935 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 935 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 935 as to other parties.

936.    Bosch GmbH denies the allegations asserted in Paragraph 936 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 936 as to other parties.

937.    Paragraph 937 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

937 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 937 as to other parties.

938.    Paragraph 938 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 938 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 938 as to other parties.

939.    Paragraph 939 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 939 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 939 as to other parties.

940.    Paragraph 940 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 940 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 940 as to other parties.

941.    Paragraph 941 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 941 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 941 as to other parties.

942.    Bosch GmbH denies the allegations asserted in Paragraph 942 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 942 as to other parties.

943.     Paragraph 943 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 943 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 943 as to other parties.

944.     Paragraph 944 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 944 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 944 as to other parties.

945.     Paragraph 945 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 945 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 945 as to other parties.

946.     Paragraph 946 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 946 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 946 as to other parties.

947.     Bosch GmbH denies the allegations asserted in Paragraph 947 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 947 as to other parties.

948.     Paragraph 948 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

948 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 948 as to other parties.

949.    Paragraph 949 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 949 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 949 as to other parties.

950.    Paragraph 950 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 950 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 950 as to other parties.

951.    Paragraph 951 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 951 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 951 as to other parties.

952.    Paragraph 952 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 952 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 952 as to other parties.

953.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

954.    Bosch GmbH respectfully submits that no response to Paragraph 954 is required because this Count is not being asserted against Bosch GmbH.

955.     Bosch GmbH respectfully submits that no response to Paragraph 955 is required because this Count is not being asserted against Bosch GmbH.

956.     Bosch GmbH respectfully submits that no response to Paragraph 956 is required because this Count is not being asserted against Bosch GmbH.

957.     Bosch GmbH respectfully submits that no response to Paragraph 957 is required because this Count is not being asserted against Bosch GmbH.

958.     Bosch GmbH respectfully submits that no response to Paragraph 958 is required because this Count is not being asserted against Bosch GmbH.

959.     Bosch GmbH respectfully submits that no response to Paragraph 959 is required because this Count is not being asserted against Bosch GmbH.

960.     Bosch GmbH respectfully submits that no response to Paragraph 960 is required because this Count is not being asserted against Bosch GmbH.

961.     Bosch GmbH respectfully submits that no response to Paragraph 961 is required because this Count is not being asserted against Bosch GmbH.

962.     Bosch GmbH respectfully submits that no response to Paragraph 962 is required because this Count is not being asserted against Bosch GmbH.

963.     Bosch GmbH respectfully submits that no response to Paragraph 963 is required because this Count is not being asserted against Bosch GmbH.

964.     Bosch GmbH respectfully submits that no response to Paragraph 964 is required because this Count is not being asserted against Bosch GmbH.

965.     Bosch GmbH respectfully submits that no response to Paragraph 965 is required because this Count is not being asserted against Bosch GmbH.

966.     Bosch GmbH respectfully submits that no response to Paragraph 966 is required because this Count is not being asserted against Bosch GmbH.

967.     Bosch GmbH respectfully submits that no response to Paragraph 967 is required because this Count is not being asserted against Bosch GmbH.

968.     Bosch GmbH respectfully submits that no response to Paragraph 968 is required because this Count is not being asserted against Bosch GmbH.

969.     Bosch GmbH respectfully submits that no response to Paragraph 969 is required because this Count is not being asserted against Bosch GmbH.

970.     Bosch GmbH respectfully submits that no response to Paragraph 970 is required because this Count is not being asserted against Bosch GmbH.

971.     Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

972.     Paragraph 972 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 972 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 972.

973.     Paragraph 973 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

973 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 973 as to other parties.

974.    Paragraph 974 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 974 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 974 as to other parties.

975.    Bosch GmbH denies the allegations asserted in Paragraph 975 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 975 as to other parties.

976.    Paragraph 976 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 976 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 976 as to other parties.

977.    Paragraph 977 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 977 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 977 as to other parties.

978.    Paragraph 978 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 978 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 978 as to other parties.

979.     Paragraph 979 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 979 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 979 as to other parties.

980.     Paragraph 980 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 980 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 980 as to other parties.

981.     Bosch GmbH denies the allegations asserted in Paragraph 981 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 981 as to other parties.

982.     Paragraph 982 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 982 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 982 as to other parties.

983.     Paragraph 983 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 983 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 983 as to other parties.

984.     Paragraph 984 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

984 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 984 as to other parties.

985.    Paragraph 985 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 985 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 985 as to other parties.

986.    Bosch GmbH denies the allegations asserted in Paragraph 986 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 986 as to other parties.

987.    Paragraph 987 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 987 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 987 as to other parties.

988.    Paragraph 988 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 988 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 988 as to other parties.

989.    Paragraph 989 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 989 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 989 as to other parties.

990.    Paragraph 990 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 990 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 990 as to other parties.

991.    Paragraph 991 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 991 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 991 as to other parties.

992.    Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

993.    Bosch GmbH respectfully submits that no response to Paragraph 993 is required because this Count is not being asserted against Bosch GmbH.

994.    Bosch GmbH respectfully submits that no response to Paragraph 994 is required because this Count is not being asserted against Bosch GmbH.

995.    Bosch GmbH respectfully submits that no response to Paragraph 995 is required because this Count is not being asserted against Bosch GmbH.

996.    Bosch GmbH respectfully submits that no response to Paragraph 996 is required because this Count is not being asserted against Bosch GmbH.

997.    Bosch GmbH respectfully submits that no response to Paragraph 997 is required because this Count is not being asserted against Bosch GmbH.

998.    Bosch GmbH respectfully submits that no response to Paragraph 998 is required because this Count is not being asserted against Bosch GmbH.

999.    Bosch GmbH respectfully submits that no response to Paragraph 999 is required because this Count is not being asserted against Bosch GmbH.

1000.   Bosch GmbH respectfully submits that no response to Paragraph 1000 is required because this Count is not being asserted against Bosch GmbH.

1001.   Bosch GmbH respectfully submits that no response to Paragraph 1001 is required because this Count is not being asserted against Bosch GmbH.

1002.   Bosch GmbH respectfully submits that no response to Paragraph 1002 is required because this Count is not being asserted against Bosch GmbH.

1003.   Bosch GmbH respectfully submits that no response to Paragraph 1003 is required because this Count is not being asserted against Bosch GmbH.

1004.   Bosch GmbH respectfully submits that no response to Paragraph 1004 is required because this Count is not being asserted against Bosch GmbH.

1005.   Bosch GmbH respectfully submits that no response to Paragraph 1005 is required because this Count is not being asserted against Bosch GmbH.

1006.   Bosch GmbH respectfully submits that no response to Paragraph 1006 is required because this Count is not being asserted against Bosch GmbH.

1007.   Bosch GmbH respectfully submits that no response to Paragraph 1007 is required because this Count is not being asserted against Bosch GmbH.

1008.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1009.   Paragraph 1009 purports to characterize the nature of this action and Bosch GmbH need not respond.   Paragraph 1009 states legal conclusions to which Bosch GmbH need not respond.   To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1009.

1010.   Paragraph 1010 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1010 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1010 as to other parties.

1011.   Paragraph 1011 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1011 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1011 as to other parties.

1012.   Bosch GmbH denies the allegations asserted in Paragraph 1012 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1012 as to other parties.

1013.   Paragraph 1013 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1013 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1013 as to other parties.

1014.   Paragraph 1014 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1014 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1014 as to other parties.

1015.   Paragraph 1015 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1015 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1015 as to other parties.

1016.   Paragraph 1016 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1016 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1016 as to other parties.

1017.   Paragraph 1017 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1017 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1017 as to other parties.

1018.   Bosch GmbH denies the allegations asserted in Paragraph 1018 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1018 as to other parties.

1019.   Paragraph 1019 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1019 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1019 as to other parties.

1020.   Paragraph 1020 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1020 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1020 as to other parties.

1021.   Paragraph 1021 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1021 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1021 as to other parties.

1022.   Paragraph 1022 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1022 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1022 as to other parties.

1023.   Bosch GmbH denies the allegations asserted in Paragraph 1023 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1023 as to other parties.

1024.   Paragraph 1024 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1024 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1024 as to other parties.

1025.   Paragraph 1025 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1025 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1025 as to other parties.

1026.   Paragraph 1026 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1026 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1026 as to other parties.

1027.   Paragraph 1027 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1027 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1027 as to other parties.

1028.   Paragraph 1028 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1028 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1028 as to other parties.

1029.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1030.   Bosch GmbH respectfully submits that no response to Paragraph 1030 is required because this Count is not being asserted against Bosch GmbH.

1031.   Bosch GmbH respectfully submits that no response to Paragraph 1031 is required because this Count is not being asserted against Bosch GmbH.

1032.   Bosch GmbH respectfully submits that no response to Paragraph 1032 is required because this Count is not being asserted against Bosch GmbH.

1033.   Bosch GmbH respectfully submits that no response to Paragraph 1033 is required because this Count is not being asserted against Bosch GmbH.

1034.   Bosch GmbH respectfully submits that no response to Paragraph 1034 is required because this Count is not being asserted against Bosch GmbH.

1035.   Bosch GmbH respectfully submits that no response to Paragraph 1035 is required because this Count is not being asserted against Bosch GmbH.

1036.   Bosch GmbH respectfully submits that no response to Paragraph 1036 is required because this Count is not being asserted against Bosch GmbH.

1037.   Bosch GmbH respectfully submits that no response to Paragraph 1037 is required because this Count is not being asserted against Bosch GmbH.

1038.   Bosch GmbH respectfully submits that no response to Paragraph 1038 is required because this Count is not being asserted against Bosch GmbH.

1039.   Bosch GmbH respectfully submits that no response to Paragraph 1039 is required because this Count is not being asserted against Bosch GmbH.

1040.   Bosch GmbH respectfully submits that no response to Paragraph 1040 is required because this Count is not being asserted against Bosch GmbH.

1041.   Bosch GmbH respectfully submits that no response to Paragraph 1041 is required because this Count is not being asserted against Bosch GmbH.

1042.   Bosch GmbH respectfully submits that no response to Paragraph 1042 is required because this Count is not being asserted against Bosch GmbH.

1043.   Bosch GmbH respectfully submits that no response to Paragraph 1043 is required because this Count is not being asserted against Bosch GmbH.

1044.   Bosch GmbH respectfully submits that no response to Paragraph 1044 is required because this Count is not being asserted against Bosch GmbH.

1045.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1046.   Bosch GmbH respectfully submits that no response to Paragraph 1046 is required because this Count is not being asserted against Bosch GmbH.

1047.   Bosch GmbH respectfully submits that no response to Paragraph 1047 is required because this Count is not being asserted against Bosch GmbH.

1048.   Bosch GmbH respectfully submits that no response to Paragraph 1048 is required because this Count is not being asserted against Bosch GmbH.

1049.   Bosch GmbH respectfully submits that no response to Paragraph 1049 is required because this Count is not being asserted against Bosch GmbH.

1050.   Bosch GmbH respectfully submits that no response to Paragraph 1050 is required because this Count is not being asserted against Bosch GmbH.

1051.   Bosch GmbH respectfully submits that no response to Paragraph 1051 is required because this Count is not being asserted against Bosch GmbH.

1052.   Bosch GmbH respectfully submits that no response to Paragraph 1052 is required because this Count is not being asserted against Bosch GmbH.

1053.   Bosch GmbH respectfully submits that no response to Paragraph 1053 is required because this Count is not being asserted against Bosch GmbH.

1054.   Bosch GmbH respectfully submits that no response to Paragraph 1054 is required because this Count is not being asserted against Bosch GmbH.

1055.   Bosch GmbH respectfully submits that no response to Paragraph 1055 is required because this Count is not being asserted against Bosch GmbH.

1056.   Bosch GmbH respectfully submits that no response to Paragraph 1056 is required because this Count is not being asserted against Bosch GmbH.

1057.   Bosch GmbH respectfully submits that no response to Paragraph 1057 is required because this Count is not being asserted against Bosch GmbH.

1058.   Bosch GmbH respectfully submits that no response to Paragraph 1058 is required because this Count is not being asserted against Bosch GmbH.

1059.   Bosch GmbH respectfully submits that no response to Paragraph 1059 is required because this Count is not being asserted against Bosch GmbH.

1060.   Bosch GmbH respectfully submits that no response to Paragraph 1060 is required because this Count is not being asserted against Bosch GmbH.

1061.   Bosch GmbH respectfully submits that no response to Paragraph 1061 is required because this Count is not being asserted against Bosch GmbH.

1062.   Bosch GmbH respectfully submits that no response to Paragraph 1062 is required because this Count is not being asserted against Bosch GmbH.

1063.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1064.   Paragraph 1064 purports to characterize the nature of this action and Bosch GmbH need not respond.   Paragraph 1064 states legal conclusions to which Bosch GmbH need not respond.   To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1064.

1065.   Paragraph 1065 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1065 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1065 as to other parties.

1066.   Paragraph 1066 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1066 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1066 as to other parties.

1067.   Paragraph 1067 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1067 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1067 as to other parties.

1068.   Paragraph 1068 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1068 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1068 as to other parties.

1069.   Paragraph 1069 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1069 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1069 as to other parties.

1070.   Paragraph 1070 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1070 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1070 as to other parties.

1071.   Paragraph 1071 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1071 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1071 as to other parties.

1072.   Paragraph 1072 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1072 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1072 as to other parties.

1073.   Bosch GmbH denies the allegations asserted in Paragraph 1073 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1073 as to other parties.

1074.   Paragraph 1074 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1074 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1074 as to other parties.

1075.   Paragraph 1075 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1075 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1075 as to other parties.

1076.   Paragraph 1076 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1076 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1076 as to other parties.

1077.   Paragraph 1077 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1077 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1077 as to other parties.

1078.   Bosch GmbH denies the allegations asserted in Paragraph 1078 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1078 as to other parties.

1079.   Paragraph 1079 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1079 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1079 as to other parties.

1080.   Paragraph 1080 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1080 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1080 as to other parties.

1081.   Paragraph 1081 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1081 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1081 as to other parties.

1082.   Paragraph 1082 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1082 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1082 as to other parties.

1083.   Paragraph 1083 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1083 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1083 as to other parties.

1084.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1085.   Bosch GmbH respectfully submits that no response to Paragraph 1085 is required because this Count is not being asserted against Bosch GmbH.

1086.   Bosch GmbH respectfully submits that no response to Paragraph 1086 is required because this Count is not being asserted against Bosch GmbH.

1087.   Bosch GmbH respectfully submits that no response to Paragraph 1087 is required because this Count is not being asserted against Bosch GmbH.

1088.   Bosch GmbH respectfully submits that no response to Paragraph 1088 is required because this Count is not being asserted against Bosch GmbH.

1089.   Bosch GmbH respectfully submits that no response to Paragraph 1089 is required because this Count is not being asserted against Bosch GmbH.

1090.   Bosch GmbH respectfully submits that no response to Paragraph 1090 is required because this Count is not being asserted against Bosch GmbH.

1091.   Bosch GmbH respectfully submits that no response to Paragraph 1091 is required because this Count is not being asserted against Bosch GmbH.

1092.   Bosch GmbH respectfully submits that no response to Paragraph 1092 is required because this Count is not being asserted against Bosch GmbH.

1093.   Bosch GmbH respectfully submits that no response to Paragraph 1093 is required because this Count is not being asserted against Bosch GmbH.

1094.   Bosch GmbH respectfully submits that no response to Paragraph 1094 is required because this Count is not being asserted against Bosch GmbH.

1095.   Bosch GmbH respectfully submits that no response to Paragraph 1095 is required because this Count is not being asserted against Bosch GmbH.

1096.   Bosch GmbH respectfully submits that no response to Paragraph 1096 is required because this Count is not being asserted against Bosch GmbH.

1097.   Bosch GmbH respectfully submits that no response to Paragraph 1097 is required because this Count is not being asserted against Bosch GmbH.

1098.   Bosch GmbH respectfully submits that no response to Paragraph 1098 is required because this Count is not being asserted against Bosch GmbH.

1099.   Bosch GmbH respectfully submits that no response to Paragraph 1099 is required because this Count is not being asserted against Bosch GmbH.

1100.   Bosch GmbH respectfully submits that no response to Paragraph 1100 is required because this Count is not being asserted against Bosch GmbH.

1101.   Bosch GmbH respectfully submits that no response to Paragraph 1101 is required because this Count is not being asserted against Bosch GmbH.

1102.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1103.   Paragraph 1103 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1103 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1103.

1104.   Paragraph 1104 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1104 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1104 as to other parties.

1105.   Paragraph 1105 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1105 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1105 as to other parties.

1106.   Bosch GmbH denies the allegations asserted in Paragraph 1106 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1106 as to other parties.

1107.   Paragraph 1107 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1107 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1107 as to other parties.

1108.   Paragraph 1108 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1108 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1108 as to other parties.

1109.   Paragraph 1109 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1109 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1109 as to other parties.

1110.   Paragraph 1110 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1110 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1110 as to other parties.

1111.   Paragraph 1111 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1111 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1111 as to other parties.

1112.   Bosch GmbH denies the allegations asserted in Paragraph 1112 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1112 as to other parties.

1113.   Paragraph 1113 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1113 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1113 as to other parties.

1114.   Paragraph 1114 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1114 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1114 as to other parties.

1115.   Paragraph 1115 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1115 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1115 as to other parties.

1116.   Paragraph 1116 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1116 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1116 as to other parties.

1117.   Bosch GmbH denies the allegations asserted in Paragraph 1117 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1117 as to other parties.

1118.   Paragraph 1118 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1118 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1118 as to other parties.

1119.   Paragraph 1119 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1119 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1119 as to other parties.

1120.   Paragraph 1120 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1120 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1120 as to other parties.

1121.   Paragraph 1121 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1121 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1121 as to other parties.

1122.   Paragraph 1122 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1122 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1122 as to other parties.

1123.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1124.   Bosch GmbH respectfully submits that no response to Paragraph 1124 is required because this Count is not being asserted against Bosch GmbH.

1125.   Bosch GmbH respectfully submits that no response to Paragraph 1125 is required because this Count is not being asserted against Bosch GmbH.

1126.   Bosch GmbH respectfully submits that no response to Paragraph 1126 is required because this Count is not being asserted against Bosch GmbH.

1127.   Bosch GmbH respectfully submits that no response to Paragraph 1127 is required because this Count is not being asserted against Bosch GmbH.

1128.   Bosch GmbH respectfully submits that no response to Paragraph 1128 is required because this Count is not being asserted against Bosch GmbH.

1129.  Bosch GmbH respectfully submits that no response to Paragraph 1129 is required because this Count is not being asserted against Bosch GmbH.

1130.  Bosch GmbH respectfully submits that no response to Paragraph 1130 is required because this Count is not being asserted against Bosch GmbH.

1131.  Bosch GmbH respectfully submits that no response to Paragraph 1131 is required because this Count is not being asserted against Bosch GmbH.

1132.  Bosch GmbH respectfully submits that no response to Paragraph 1132 is required because this Count is not being asserted against Bosch GmbH.

1133.  Bosch GmbH respectfully submits that no response to Paragraph 1133 is required because this Count is not being asserted against Bosch GmbH.

1134.  Bosch GmbH respectfully submits that no response to Paragraph 1134 is required because this Count is not being asserted against Bosch GmbH.

1135.  Bosch GmbH respectfully submits that no response to Paragraph 1135 is required because this Count is not being asserted against Bosch GmbH.

1136.  Bosch GmbH respectfully submits that no response to Paragraph 1136 is required because this Count is not being asserted against Bosch GmbH.

1137.  Bosch GmbH respectfully submits that no response to Paragraph 1137 is required because this Count is not being asserted against Bosch GmbH.

1138.  Bosch GmbH respectfully submits that no response to Paragraph 1138 is required because this Count is not being asserted against Bosch GmbH.

1139.   Bosch GmbH respectfully submits that no response to Paragraph 1139 is required because this Count is not being asserted against Bosch GmbH.

1140.   Bosch GmbH respectfully submits that no response to Paragraph 1140 is required because this Count is not being asserted against Bosch GmbH.

1141.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1142.   Paragraph 1142 purports to characterize the nature of this action and Bosch GmbH need not respond.   Paragraph 1142 states legal conclusions to which Bosch GmbH need not respond.   To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1142.

1143.   Paragraph 1143 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1143 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1143 as to other parties.

1144.   Paragraph 1144 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1144 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1144 as to other parties.

1145.   Bosch GmbH denies the allegations asserted in Paragraph 1145 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1145 as to other parties.

1146.   Paragraph 1146 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1146 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1146 as to other parties.

1147.   Paragraph 1147 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1147 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1147 as to other parties.

1148.   Paragraph 1148 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1148 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1148 as to other parties.

1149.   Paragraph 1149 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1149 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1149 as to other parties.

1150.   Paragraph 1150 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1150 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1150 as to other parties.

1151.   Bosch GmbH denies the allegations asserted in Paragraph 1151 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1151 as to other parties.

1152.   Paragraph 1152 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1152 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1152 as to other parties.

1153.   Paragraph 1153 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1153 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1153 as to other parties.

1154.   Paragraph 1154 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1154 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1154 as to other parties.

1155.   Paragraph 1155 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1155 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1155 as to other parties.

1156.   Bosch GmbH denies the allegations asserted in Paragraph 1156 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1156 as to other parties.

1157.   Paragraph 1157 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1157 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1157 as to other parties.

1158.   Paragraph 1158 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1158 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1158 as to other parties.

1159.   Paragraph 1159 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1159 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1159 as to other parties.

1160.   Paragraph 1160 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1160 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1160 as to other parties.

1161.   Paragraph 1161 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1161 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1161 as to other parties.

1162.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1163.   Bosch GmbH respectfully submits that no response to Paragraph 1163 is required because this Count is not being asserted against Bosch GmbH.

1164.   Bosch GmbH respectfully submits that no response to Paragraph 1164 is required because this Count is not being asserted against Bosch GmbH.

1165.   Bosch GmbH respectfully submits that no response to Paragraph 1165 is required because this Count is not being asserted against Bosch GmbH.

1166.   Bosch GmbH respectfully submits that no response to Paragraph 1166 is required because this Count is not being asserted against Bosch GmbH.

1167.   Bosch GmbH respectfully submits that no response to Paragraph 1167 is required because this Count is not being asserted against Bosch GmbH.

1168.   Bosch GmbH respectfully submits that no response to Paragraph 1168 is required because this Count is not being asserted against Bosch GmbH.

1169.   Bosch GmbH respectfully submits that no response to Paragraph 1169 is required because this Count is not being asserted against Bosch GmbH.

1170.   Bosch GmbH respectfully submits that no response to Paragraph 1170 is required because this Count is not being asserted against Bosch GmbH.

1171.   Bosch GmbH respectfully submits that no response to Paragraph 1171 is required because this Count is not being asserted against Bosch GmbH.

1172.   Bosch GmbH respectfully submits that no response to Paragraph 1172 is required because this Count is not being asserted against Bosch GmbH.

1173.   Bosch GmbH respectfully submits that no response to Paragraph 1173 is required because this Count is not being asserted against Bosch GmbH.

1174.   Bosch GmbH respectfully submits that no response to Paragraph 1174 is required because this Count is not being asserted against Bosch GmbH.

1175.   Bosch GmbH respectfully submits that no response to Paragraph 1175 is required because this Count is not being asserted against Bosch GmbH.

1176.   Bosch GmbH respectfully submits that no response to Paragraph 1176 is required because this Count is not being asserted against Bosch GmbH.

1177.   Bosch GmbH respectfully submits that no response to Paragraph 1177 is required because this Count is not being asserted against Bosch GmbH.

1178.   Bosch GmbH respectfully submits that no response to Paragraph 1178 is required because this Count is not being asserted against Bosch GmbH.

1179.   Bosch GmbH respectfully submits that no response to Paragraph 1179 is required because this Count is not being asserted against Bosch GmbH.

1180.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1181.   Paragraph 1181 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1181 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1181.

1182.   Paragraph 1182 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1182 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1182 as to other parties.

1183.   Paragraph 1183 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1183 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1183 as to other parties.

1184.   Bosch GmbH denies the allegations asserted in Paragraph 1184 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1184 as to other parties.

1185.   Paragraph 1185 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1185 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1185 as to other parties.

1186.   Paragraph 1186 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1186 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1186 as to other parties.

1187.   Paragraph 1187 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1187 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1187 as to other parties.

1188.   Paragraph 1188 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1188 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1188 as to other parties.

1189.   Paragraph 1189 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1189 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1189 as to other parties.

1190.   Bosch GmbH denies the allegations asserted in Paragraph 1190 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1190 as to other parties.

1191.   Paragraph 1191 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1191 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1191 as to other parties.

1192.   Paragraph 1192 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1192 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1192 as to other parties.

1193.   Paragraph 1193 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1193 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1193 as to other parties.

1194.   Paragraph 1194 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1194 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1194 as to other parties.

1195.   Bosch GmbH denies the allegations asserted in Paragraph 1195 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1195 as to other parties.

1196.   Paragraph 1196 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1196 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1196 as to other parties.

1197.   Paragraph 1197 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1197 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1197 as to other parties.

1198.   Paragraph 1198 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1198 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1198 as to other parties.

1199.   Paragraph 1199 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1199 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1199 as to other parties.

1200.   Paragraph 1200 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1200 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1200 as to other parties.

1201.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1202.   Bosch GmbH respectfully submits that no response to Paragraph 1202 is required because this Count is not being asserted against Bosch GmbH.

1203.   Bosch GmbH respectfully submits that no response to Paragraph 1203 is required because this Count is not being asserted against Bosch GmbH.

1204.   Bosch GmbH respectfully submits that no response to Paragraph 1204 is required because this Count is not being asserted against Bosch GmbH.

1205.   Bosch GmbH respectfully submits that no response to Paragraph 1205 is required because this Count is not being asserted against Bosch GmbH.

1206.   Bosch GmbH respectfully submits that no response to Paragraph 1206 is required because this Count is not being asserted against Bosch GmbH.

1207.   Bosch GmbH respectfully submits that no response to Paragraph 1207 is required because this Count is not being asserted against Bosch GmbH.

1208.   Bosch GmbH respectfully submits that no response to Paragraph 1208 is required because this Count is not being asserted against Bosch GmbH.

1209.   Bosch GmbH respectfully submits that no response to Paragraph 1209 is required because this Count is not being asserted against Bosch GmbH.

1210.   Bosch GmbH respectfully submits that no response to Paragraph 1210 is required because this Count is not being asserted against Bosch GmbH.

1211.   Bosch GmbH respectfully submits that no response to Paragraph 1211 is required because this Count is not being asserted against Bosch GmbH.

1212.   Bosch GmbH respectfully submits that no response to Paragraph 1212 is required because this Count is not being asserted against Bosch GmbH.

1213.   Bosch GmbH respectfully submits that no response to Paragraph 1213 is required because this Count is not being asserted against Bosch GmbH.

1214.   Bosch GmbH respectfully submits that no response to Paragraph 1214 is required because this Count is not being asserted against Bosch GmbH.

1215.   Bosch GmbH respectfully submits that no response to Paragraph 1215 is required because this Count is not being asserted against Bosch GmbH.

1216.   Bosch GmbH respectfully submits that no response to Paragraph 1216 is required because this Count is not being asserted against Bosch GmbH.

1217.   Bosch GmbH respectfully submits that no response to Paragraph 1217 is required because this Count is not being asserted against Bosch GmbH.

1218.   Bosch GmbH respectfully submits that no response to Paragraph 1218 is required because this Count is not being asserted against Bosch GmbH.

1219.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1220.   Paragraph 1220 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1220 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1220.

1221.   Paragraph 1221 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1221 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1221 as to other parties.

1222.   Paragraph 1222 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1222 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1222 as to other parties.

1223.   Bosch GmbH denies the allegations asserted in Paragraph 1223 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1223 as to other parties.

1224.   Paragraph 1224 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1224 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1224 as to other parties.

1225.   Paragraph 1225 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1225 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1225 as to other parties.

1226.   Paragraph 1226 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1226 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1226 as to other parties.

1227.   Paragraph 1227 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1227 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1227 as to other parties.

1228.   Paragraph 1228 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1228 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1228 as to other parties.

1229. Bosch GmbH denies the allegations asserted in Paragraph 1229 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1229 as to other parties.

1230. Paragraph 1230 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1230 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1230 as to other parties.

1231. Paragraph 1231 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1231 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1231 as to other parties.

1232. Paragraph 1232 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1232 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1232 as to other parties.

1233. Paragraph 1233 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1233 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1233 as to other parties.

1234.   Bosch GmbH denies the allegations asserted in Paragraph 1234 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1234 as to other parties.

1235.   Paragraph 1235 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1235 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1235 as to other parties.

1236.   Paragraph 1236 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1236 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1236 as to other parties.

1237.   Paragraph 1237 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1237 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1237 as to other parties.

1238.   Paragraph 1238 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1238 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1238 as to other parties.

1239.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1240.   Bosch GmbH respectfully submits that no response to Paragraph 1240 is required because this Count is not being asserted against Bosch GmbH.

1241.   Bosch GmbH respectfully submits that no response to Paragraph 1241 is required because this Count is not being asserted against Bosch GmbH.

1242.   Bosch GmbH respectfully submits that no response to Paragraph 1242 is required because this Count is not being asserted against Bosch GmbH.

1243.   Bosch GmbH respectfully submits that no response to Paragraph 1243 is required because this Count is not being asserted against Bosch GmbH.

1244.   Bosch GmbH respectfully submits that no response to Paragraph 1244 is required because this Count is not being asserted against Bosch GmbH.

1245.   Bosch GmbH respectfully submits that no response to Paragraph 1245 is required because this Count is not being asserted against Bosch GmbH.

1246.   Bosch GmbH respectfully submits that no response to Paragraph 1246 is required because this Count is not being asserted against Bosch GmbH.

1247.   Bosch GmbH respectfully submits that no response to Paragraph 1247 is required because this Count is not being asserted against Bosch GmbH.

1248.   Bosch GmbH respectfully submits that no response to Paragraph 1248 is required because this Count is not being asserted against Bosch GmbH.

1249.   Bosch GmbH respectfully submits that no response to Paragraph 1249 is required because this Count is not being asserted against Bosch GmbH.

1250.   Bosch GmbH respectfully submits that no response to Paragraph 1250 is required because this Count is not being asserted against Bosch GmbH.

1251.   Bosch GmbH respectfully submits that no response to Paragraph 1251 is required because this Count is not being asserted against Bosch GmbH.

1252.   Bosch GmbH respectfully submits that no response to Paragraph 1252 is required because this Count is not being asserted against Bosch GmbH.

1253.   Bosch GmbH respectfully submits that no response to Paragraph 1253 is required because this Count is not being asserted against Bosch GmbH.

1254.   Bosch GmbH respectfully submits that no response to Paragraph 1254 is required because this Count is not being asserted against Bosch GmbH.

1255.   Bosch GmbH respectfully submits that no response to Paragraph 1255 is required because this Count is not being asserted against Bosch GmbH.

1256.   Bosch GmbH respectfully submits that no response to Paragraph 1256 is required because this Count is not being asserted against Bosch GmbH.

1257.   Bosch GmbH respectfully submits that no response to Paragraph 1257 is required because this Count is not being asserted against Bosch GmbH.

1258.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1259.   Paragraph 1259 purports to characterize the nature of this action and Bosch GmbH need not respond.   Paragraph 1259 states legal conclusions to which Bosch GmbH need not

respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1259.

1260.   Paragraph 1260 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1260 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1260 as to other parties.

1261.   Paragraph 1261 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1261 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1261 as to other parties.

1262.   Bosch GmbH denies the allegations asserted in Paragraph 1262 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1262 as to other parties.

1263.   Paragraph 1263 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1263 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1263 as to other parties.

1264.   Paragraph 1264 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1264 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1264 as to other parties.

1265.   Paragraph 1265 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1265 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1265 as to other parties.

1266.   Paragraph 1266 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1266 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1266 as to other parties.

1267.   Paragraph 1267 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1267 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1267 as to other parties.

1268.   Bosch GmbH denies the allegations asserted in Paragraph 1268 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1268 as to other parties.

1269.   Paragraph 1269 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1269 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1269 as to other parties.

1270.   Paragraph 1270 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1270 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1270 as to other parties.

1271.   Paragraph 1271 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1271 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1271 as to other parties.

1272.   Paragraph 1272 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1272 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1272 as to other parties.

1273.   Bosch GmbH denies the allegations asserted in Paragraph 1273 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1273 as to other parties.

1274.   Paragraph 1274 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1274 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1274 as to other parties.

1275.   Paragraph 1275 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1275 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1275 as to other parties.

1276.   Paragraph 1276 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1276 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1276 as to other parties.

1277.   Paragraph 1277 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1277 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1277 as to other parties.

1278.   Paragraph 1278 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1278 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1278 as to other parties.

1279.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1280.   Bosch GmbH respectfully submits that no response to Paragraph 1280 is required because this Count is not being asserted against Bosch GmbH.

1281.   Bosch GmbH respectfully submits that no response to Paragraph 1281 is required because this Count is not being asserted against Bosch GmbH.

1282.   Bosch GmbH respectfully submits that no response to Paragraph 1282 is required because this Count is not being asserted against Bosch GmbH.

1283.   Bosch GmbH respectfully submits that no response to Paragraph 1283 is required because this Count is not being asserted against Bosch GmbH.

1284.   Bosch GmbH respectfully submits that no response to Paragraph 1284 is required because this Count is not being asserted against Bosch GmbH.

1285.   Bosch GmbH respectfully submits that no response to Paragraph 1285 is required because this Count is not being asserted against Bosch GmbH.

1286.   Bosch GmbH respectfully submits that no response to Paragraph 1286 is required because this Count is not being asserted against Bosch GmbH.

1287.   Bosch GmbH respectfully submits that no response to Paragraph 1287 is required because this Count is not being asserted against Bosch GmbH.

1288.   Bosch GmbH respectfully submits that no response to Paragraph 1288 is required because this Count is not being asserted against Bosch GmbH.

1289.   Bosch GmbH respectfully submits that no response to Paragraph 1289 is required because this Count is not being asserted against Bosch GmbH.

1290.   Bosch GmbH respectfully submits that no response to Paragraph 1290 is required because this Count is not being asserted against Bosch GmbH.

1291.   Bosch GmbH respectfully submits that no response to Paragraph 1291 is required because this Count is not being asserted against Bosch GmbH.

1292.   Bosch GmbH respectfully submits that no response to Paragraph 1292 is required because this Count is not being asserted against Bosch GmbH.

1293.   Bosch GmbH respectfully submits that no response to Paragraph 1293 is required because this Count is not being asserted against Bosch GmbH.

1294.   Bosch GmbH respectfully submits that no response to Paragraph 1294 is required because this Count is not being asserted against Bosch GmbH.

1295.   Bosch GmbH respectfully submits that no response to Paragraph 1295 is required because this Count is not being asserted against Bosch GmbH.

1296.   Bosch GmbH respectfully submits that no response to Paragraph 1296 is required because this Count is not being asserted against Bosch GmbH.

1297.   Bosch GmbH respectfully submits that no response to Paragraph 1297 is required because this Count is not being asserted against Bosch GmbH.

1298.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1299.   Paragraph 1299 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1299 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1299.

1300.   Paragraph 1300 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1300 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1300 as to other parties.

1301.   Paragraph 1301 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1301 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1301 as to other parties.

1302.   Bosch GmbH denies the allegations asserted in Paragraph 1302 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1302 as to other parties.

1303.   Paragraph 1303 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1303 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1303 as to other parties.

1304.   Paragraph 1304 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1304 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1304 as to other parties.

1305.   Paragraph 1305 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1305 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1305 as to other parties.

1306.   Paragraph 1306 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1306 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1306 as to other parties.

1307.   Paragraph 1307 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1307 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1307 as to other parties.

1308.   Bosch GmbH denies the allegations asserted in Paragraph 1308 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1308 as to other parties.

1309.   Paragraph 1309 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1309 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1309 as to other parties.

1310.   Paragraph 1310 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1310 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1310 as to other parties.

1311.   Paragraph 1311 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1311 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1311 as to other parties.

1312.   Paragraph 1312 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1312 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1312 as to other parties.

1313.   Paragraph 1313 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1313 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1313 as to other parties.

1314.   Paragraph 1314 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1314 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1314 as to other parties.

1315.   Paragraph 1315 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1315 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1315 as to other parties.

1316.   Paragraph 1316 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1316 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1316 as to other parties.

1317.   Paragraph 1317 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1317 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1317 as to other parties.

1318.   Paragraph 1318 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1318 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1318 as to other parties.

1319.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1320.   Bosch GmbH respectfully submits that no response to Paragraph 1320 is required because this Count is not being asserted against Bosch GmbH.

1321.   Bosch GmbH respectfully submits that no response to Paragraph 1321 is required because this Count is not being asserted against Bosch GmbH.

1322.   Bosch GmbH respectfully submits that no response to Paragraph 1322 is required because this Count is not being asserted against Bosch GmbH.

1323.   Bosch GmbH respectfully submits that no response to Paragraph 1323 is required because this Count is not being asserted against Bosch GmbH.

1324.   Bosch GmbH respectfully submits that no response to Paragraph 1324 is required because this Count is not being asserted against Bosch GmbH.

1325.   Bosch GmbH respectfully submits that no response to Paragraph 1325 is required because this Count is not being asserted against Bosch GmbH.

1326.   Bosch GmbH respectfully submits that no response to Paragraph 1326 is required because this Count is not being asserted against Bosch GmbH.

1327.   Bosch GmbH respectfully submits that no response to Paragraph 1327 is required because this Count is not being asserted against Bosch GmbH.

1328.   Bosch GmbH respectfully submits that no response to Paragraph 1328 is required because this Count is not being asserted against Bosch GmbH.

1329.   Bosch GmbH respectfully submits that no response to Paragraph 1329 is required because this Count is not being asserted against Bosch GmbH.

1330.   Bosch GmbH respectfully submits that no response to Paragraph 1330 is required because this Count is not being asserted against Bosch GmbH.

1331.   Bosch GmbH respectfully submits that no response to Paragraph 1331 is required because this Count is not being asserted against Bosch GmbH.

1332.   Bosch GmbH respectfully submits that no response to Paragraph 1332 is required because this Count is not being asserted against Bosch GmbH.

1333.   Bosch GmbH respectfully submits that no response to Paragraph 1333 is required because this Count is not being asserted against Bosch GmbH.

1334.   Bosch GmbH respectfully submits that no response to Paragraph 1334 is required because this Count is not being asserted against Bosch GmbH.

1335.   Bosch GmbH respectfully submits that no response to Paragraph 1335 is required because this Count is not being asserted against Bosch GmbH.

1336.   Bosch GmbH respectfully submits that no response to Paragraph 1336 is required because this Count is not being asserted against Bosch GmbH.

1337.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1338.   Paragraph 1338 purports to characterize the nature of this action and Bosch GmbH need not respond.   Paragraph 1338 states legal conclusions to which Bosch GmbH need not respond.   To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1338.

1339.   Paragraph 1339 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1339 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1339 as to other parties.

1340.   Paragraph 1340 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1340 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1340 as to other parties.

1341.   Bosch GmbH denies the allegations asserted in Paragraph 1341 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1341 as to other parties.

1342.   Paragraph 1342 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1342 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1342 as to other parties.

1343.   Paragraph 1343 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1343 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1343 as to other parties.

1344.   Paragraph 1344 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1344 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1344 as to other parties.

1345.   Paragraph 1345 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1345 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1345 as to other parties.

1346.   Paragraph 1346 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1346 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1346 as to other parties.

1347.   Bosch GmbH denies the allegations asserted in Paragraph 1347 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1347 as to other parties.

1348.   Paragraph 1348 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1348 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1348 as to other parties.

1349.   Paragraph 1349 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1349 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1349 as to other parties.

1350.   Paragraph 1350 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1350 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1350 as to other parties.

1351.   Paragraph 1351 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1351 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1351 as to other parties.

1352.   Bosch GmbH denies the allegations asserted in Paragraph 1352 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1352 as to other parties.

1353.   Paragraph 1353 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1353 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1353 as to other parties.

1354.   Paragraph 1354 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1354 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1354 as to other parties.

1355.   Paragraph 1355 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1355 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1355 as to other parties.

1356.   Paragraph 1356 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1356 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1356 as to other parties.

1357.   Paragraph 1357 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1357 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1357 as to other parties.

1358.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1359.   Bosch GmbH respectfully submits that no response to Paragraph 1359 is required because this Count is not being asserted against Bosch GmbH.

1360.   Bosch GmbH respectfully submits that no response to Paragraph 1360 is required because this Count is not being asserted against Bosch GmbH.

1361.   Bosch GmbH respectfully submits that no response to Paragraph 1361 is required because this Count is not being asserted against Bosch GmbH.

1362.   Bosch GmbH respectfully submits that no response to Paragraph 1362 is required because this Count is not being asserted against Bosch GmbH.

1363.   Bosch GmbH respectfully submits that no response to Paragraph 1363 is required because this Count is not being asserted against Bosch GmbH.

1364.   Bosch GmbH respectfully submits that no response to Paragraph 1364 is required because this Count is not being asserted against Bosch GmbH.

1365.   Bosch GmbH respectfully submits that no response to Paragraph 1365 is required because this Count is not being asserted against Bosch GmbH.

1366.   Bosch GmbH respectfully submits that no response to Paragraph 1366 is required because this Count is not being asserted against Bosch GmbH.

1367.   Bosch GmbH respectfully submits that no response to Paragraph 1367 is required because this Count is not being asserted against Bosch GmbH.

1368.   Bosch GmbH respectfully submits that no response to Paragraph 1368 is required because this Count is not being asserted against Bosch GmbH.

1369.   Bosch GmbH respectfully submits that no response to Paragraph 1369 is required because this Count is not being asserted against Bosch GmbH.

1370.   Bosch GmbH respectfully submits that no response to Paragraph 1370 is required because this Count is not being asserted against Bosch GmbH.

1371.   Bosch GmbH respectfully submits that no response to Paragraph 1371 is required because this Count is not being asserted against Bosch GmbH.

1372.   Bosch GmbH respectfully submits that no response to Paragraph 1372 is required because this Count is not being asserted against Bosch GmbH.

1373.   Bosch GmbH respectfully submits that no response to Paragraph 1373 is required because this Count is not being asserted against Bosch GmbH.

1374.   Bosch GmbH respectfully submits that no response to Paragraph 1374 is required because this Count is not being asserted against Bosch GmbH.

1375.   Bosch GmbH respectfully submits that no response to Paragraph 1375 is required because this Count is not being asserted against Bosch GmbH.

1376.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1377.   Paragraph 1377 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1377 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1377.

1378.   Paragraph 1378 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1378 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1378 as to other parties.

1379.   Paragraph 1379 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1379 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1379 as to other parties.

1380.   Bosch GmbH denies the allegations asserted in Paragraph 1380 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1380 as to other parties.

1381.   Paragraph 1381 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1381 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1381 as to other parties.

1382.   Paragraph 1382 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1382 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1382 as to other parties.

1383.   Paragraph 1383 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1383 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1383 as to other parties.

1384.   Paragraph 1384 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1384 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1384 as to other parties.

1385.   Paragraph 1385 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1385 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1385 as to other parties.

1386.   Bosch GmbH denies the allegations asserted in Paragraph 1386 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1386 as to other parties.

1387.   Paragraph 1387 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1387 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1387 as to other parties.

1388.   Paragraph 1388 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1388 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1388 as to other parties.

1389.   Paragraph 1389 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1389 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1389 as to other parties.

1390.   Paragraph 1390 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1390 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1390 as to other parties.

1391.   Bosch GmbH denies the allegations asserted in Paragraph 1391 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1391 as to other parties.

1392.   Paragraph 1392 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1392 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1392 as to other parties.

1393.   Paragraph 1393 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1393 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1393 as to other parties.

1394.   Paragraph 1394 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1394 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1394 as to other parties.

1395.   Paragraph 1395 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1395 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1395 as to other parties.

1396.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1397.   Bosch GmbH respectfully submits that no response to Paragraph 1397 is required because this Count is not being asserted against Bosch GmbH.

1398.   Bosch GmbH respectfully submits that no response to Paragraph 1398 is required because this Count is not being asserted against Bosch GmbH.

1399.   Bosch GmbH respectfully submits that no response to Paragraph 1399 is required because this Count is not being asserted against Bosch GmbH.

1400.   Bosch GmbH respectfully submits that no response to Paragraph 1400 is required because this Count is not being asserted against Bosch GmbH.

1401.   Bosch GmbH respectfully submits that no response to Paragraph 1401 is required because this Count is not being asserted against Bosch GmbH.

1402.   Bosch GmbH respectfully submits that no response to Paragraph 1402 is required because this Count is not being asserted against Bosch GmbH.

1403.   Bosch GmbH respectfully submits that no response to Paragraph 1403 is required because this Count is not being asserted against Bosch GmbH.

1404.   Bosch GmbH respectfully submits that no response to Paragraph 1404 is required because this Count is not being asserted against Bosch GmbH.

1405.   Bosch GmbH respectfully submits that no response to Paragraph 1405 is required because this Count is not being asserted against Bosch GmbH.

1406.   Bosch GmbH respectfully submits that no response to Paragraph 1406 is required because this Count is not being asserted against Bosch GmbH.

1407.   Bosch GmbH respectfully submits that no response to Paragraph 1407 is required because this Count is not being asserted against Bosch GmbH.

1408.   Bosch GmbH respectfully submits that no response to Paragraph 1408 is required because this Count is not being asserted against Bosch GmbH.

1409.   Bosch GmbH respectfully submits that no response to Paragraph 1409 is required because this Count is not being asserted against Bosch GmbH.

1410.   Bosch GmbH respectfully submits that no response to Paragraph 1410 is required because this Count is not being asserted against Bosch GmbH.

1411.   Bosch GmbH respectfully submits that no response to Paragraph 1411 is required because this Count is not being asserted against Bosch GmbH.

1412.   Bosch GmbH respectfully submits that no response to Paragraph 1412 is required because this Count is not being asserted against Bosch GmbH.

1413.   Bosch GmbH respectfully submits that no response to Paragraph 1413 is required because this Count is not being asserted against Bosch GmbH.

1414.   Bosch GmbH respectfully submits that no response to Paragraph 1414 is required because this Count is not being asserted against Bosch GmbH.

1415.   Bosch GmbH respectfully submits that no response to Paragraph 1415 is required because this Count is not being asserted against Bosch GmbH.

1416.   Bosch GmbH respectfully submits that no response to Paragraph 1416 is required because this Count is not being asserted against Bosch GmbH.

1417.   Bosch GmbH respectfully submits that no response to Paragraph 1417 is required because this Count is not being asserted against Bosch GmbH.

1418.   Bosch GmbH respectfully submits that no response to Paragraph 1418 is required because this Count is not being asserted against Bosch GmbH.

1419.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1420.   Paragraph 1420 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1420 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1420.

1421.   Paragraph 1421 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1421 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1421 as to other parties.

1422.   Paragraph 1422 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1422 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1422 as to other parties.

1423.   Bosch GmbH denies the allegations asserted in Paragraph 1423 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1423 as to other parties.

1424.   Paragraph 1424 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1424 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1424 as to other parties.

1425.   Paragraph 1425 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1425 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1425 as to other parties.

1426.   Paragraph 1426 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1426 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1426 as to other parties.

1427.   Paragraph 1427 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1427 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1427 as to other parties.

1428.  Paragraph 1428 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1428 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1428 as to other parties.

1429.  Bosch GmbH denies the allegations asserted in Paragraph 1429 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1429 as to other parties.

1430.  Paragraph 1430 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1430 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1430 as to other parties.

1431.  Paragraph 1431 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1431 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1431 as to other parties.

1432.  Paragraph 1432 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1432 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1432 as to other parties.

1433.   Paragraph 1433 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1433 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1433 as to other parties.

1434.   Bosch GmbH denies the allegations asserted in Paragraph 1434 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1434 as to other parties.

1435.   Paragraph 1435 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1435 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1435 as to other parties.

1436.   Paragraph 1436 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1436 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1436 as to other parties.

1437.   Paragraph 1437 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1437 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1437 as to other parties.

1438.   Paragraph 1438 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph

1438 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1438 as to other parties.

1439.   Paragraph 1439 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1439 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1439 as to other parties.

1440.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1441.   Bosch GmbH respectfully submits that no response to Paragraph 1441 is required because this Count is not being asserted against Bosch GmbH.

1442.   Bosch GmbH respectfully submits that no response to Paragraph 1442 is required because this Count is not being asserted against Bosch GmbH.

1443.   Bosch GmbH respectfully submits that no response to Paragraph 1443 is required because this Count is not being asserted against Bosch GmbH.

1444.   Bosch GmbH respectfully submits that no response to Paragraph 1444 is required because this Count is not being asserted against Bosch GmbH.

1445.   Bosch GmbH respectfully submits that no response to Paragraph 1445 is required because this Count is not being asserted against Bosch GmbH.

1446.   Bosch GmbH respectfully submits that no response to Paragraph 1446 is required because this Count is not being asserted against Bosch GmbH.

1447.   Bosch GmbH respectfully submits that no response to Paragraph 1447 is required because this Count is not being asserted against Bosch GmbH.

1448.   Bosch GmbH respectfully submits that no response to Paragraph 1448 is required because this Count is not being asserted against Bosch GmbH.

1449.   Bosch GmbH respectfully submits that no response to Paragraph 1449 is required because this Count is not being asserted against Bosch GmbH.

1450.   Bosch GmbH respectfully submits that no response to Paragraph 1450 is required because this Count is not being asserted against Bosch GmbH.

1451.   Bosch GmbH respectfully submits that no response to Paragraph 1451 is required because this Count is not being asserted against Bosch GmbH.

1452.   Bosch GmbH respectfully submits that no response to Paragraph 1452 is required because this Count is not being asserted against Bosch GmbH.

1453.   Bosch GmbH respectfully submits that no response to Paragraph 1453 is required because this Count is not being asserted against Bosch GmbH.

1454.   Bosch GmbH respectfully submits that no response to Paragraph 1454 is required because this Count is not being asserted against Bosch GmbH.

1455.   Bosch GmbH respectfully submits that no response to Paragraph 1455 is required because this Count is not being asserted against Bosch GmbH.

1456.   Bosch GmbH respectfully submits that no response to Paragraph 1456 is required because this Count is not being asserted against Bosch GmbH.

1457.   Bosch GmbH respectfully submits that no response to Paragraph 1457 is required because this Count is not being asserted against Bosch GmbH.

1458.   Bosch GmbH respectfully submits that no response to Paragraph 1458 is required because this Count is not being asserted against Bosch GmbH.

1459.   Bosch GmbH incorporates by reference all preceding and succeeding responses to the allegations as though fully set forth herein.

1460.   Paragraph 1460 purports to characterize the nature of this action and Bosch GmbH need not respond.  Paragraph 1460 states legal conclusions to which Bosch GmbH need not respond.  To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1460.

1461.   Paragraph 1461 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1461 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1461 as to other parties.

1462.   Paragraph 1462 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1462 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1462 as to other parties.

1463.   Bosch GmbH denies the allegations asserted in Paragraph 1463 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1463 as to other parties.

1464.   Paragraph 1464 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1464 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1464 as to other parties.

1465.   Paragraph 1465 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1465 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1465 as to other parties.

1466.   Paragraph 1466 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1466 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1466 as to other parties.

1467.   Paragraph 1467 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1467 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1467 as to other parties.

1468.   Paragraph 1468 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1468 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1468 as to other parties.

1469.   Bosch GmbH denies the allegations asserted in Paragraph 1469 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1469 as to other parties.

1470.   Paragraph 1470 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1470 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1470 as to other parties.

1471.   Paragraph 1471 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1471 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1471 as to other parties.

1472.   Paragraph 1472 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1472 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1472 as to other parties.

1473.   Paragraph 1473 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1473 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1473 as to other parties.

1474.   Bosch GmbH denies the allegations asserted in Paragraph 1474 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1474 as to other parties.

1475.   Paragraph 1475 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1475 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1475 as to other parties.

1476.   Paragraph 1476 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1476 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1476 as to other parties.

1477.   Paragraph 1477 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1477 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1477 as to other parties.

1478.   Paragraph 1478 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1478 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1478 as to other parties.

1479.   Paragraph 1479 states legal conclusions to which Bosch GmbH need not respond. To the extent a response is necessary, Bosch GmbH denies the allegations asserted in Paragraph 1479 as to Bosch GmbH and lacks knowledge or information sufficient to form a belief with respect to the truth or falsity of the allegations in Paragraph 1479 as to other parties.

## GENERAL DENIAL

Bosch GmbH denies all allegations contained in the Complaint (including headings and captions) not specifically admitted in this Answer.

## AFFIRMATIVE DEFENSES

For further answer and by way of affirmative defenses, Bosch GmbH states as follows:

## FIRST AFFIRMATIVE DEFENSE

### *(Failure to State a Claim for Relief)*

Plaintiffs' Complaint fails to state a claim upon which relief can be granted against Bosch GmbH.  Bosch GmbH asserts as a defense each and every ground set forth in its previously filed motion to dismiss pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) & 12(b)(6), which is incorporated herein by reference.

## SECOND AFFIRMATIVE DEFENSE

### *(Lack of Personal Jurisdiction)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, should be dismissed because this Court lacks personal jurisdiction over Bosch GmbH.

## THIRD AFFIRMATIVE DEFENSE

### *(Statute of Limitations)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, should be dismissed to the extent that they are barred by the four-year limitations period applicable

to civil actions under RICO or by the statutes of limitations applicable to plaintiffs' various state law claims.

## FOURTH AFFIRMATIVE DEFENSE

*(Unclean Hands, Estoppel, Bad Faith, Waiver, and In Pari Delicto)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, should be dismissed, in whole or in part, by the equitable doctrines of unclean hands, estoppel, bad faith, waiver, and/or in pari delicto.

## FIFTH AFFIRMATIVE DEFENSE

*(Equitable Relief)*

To the extent Plaintiffs and the putative class members they purport to represent seek equitable relief, they are not entitled to such relief because they have an adequate remedy at law.

## SIXTH AFFIRMATIVE DEFENSE

*(Valid Arbitration Provision)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, should be dismissed to the extent they are subject to a valid agreement to arbitrate.

## SEVENTH AFFIRMATIVE DEFENSE

*(Contracts)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, should be dismissed, in whole or in part, by the terms of the applicable written contracts.

## EIGHTH AFFIRMATIVE DEFENSE

### *(Unjust Enrichment)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, should be dismissed, in whole or in part, because the damages sought may result in the unjust enrichment of the Plaintiffs and putative class members.

## NINTH AFFIRMATIVE DEFENSE

### *(Failure to Mitigate)*

Plaintiffs and the putative class members failed to mitigate any damages they allegedly suffered, which bars or reduces any recovery by Plaintiffs and the putative class members.

## TENTH AFFIRMATIVE DEFENSE

### *(Unconstitutional Damages)*

Plaintiffs' claims, and the claims of the putative class members they purport to represent, for punitive damages for the conduct which allegedly caused injuries asserted in the Complaint, are excessive and disproportionate and so should be dismissed or reduced by applicable law or statute or, in the alternative, are unconstitutional insofar as they violate the protections afforded by the United States Constitution, and provisions of any applicable state constitution.

## ELEVENTH AFFIRMATIVE DEFENSE

### (*Ratification*)

Plaintiffs' claims, and the claims of the putative class members they purport to represent, are barred, in whole or in part, because plaintiffs and/or the EPA consented to or ratified the acts in question.

## TWELFTH AFFIRMATIVE DEFENSE

### (*Preemption*)

Plaintiffs' claims, and the claims of the putative class members they purport to represent, are preempted under the Clean Air Act and/or regulations implementing the Clean Air Act, or are otherwise barred by the Commerce Clause of the United States Constitution because they purport to regulate interstate commerce and impermissibly place an undue burden on interstate commerce.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (*Contributory Negligence*)

The allegedly actionable conduct or damages of which plaintiffs complain is a result of the negligence, fault, carelessness, misuse, or abuse of other persons or entities for whom Bosch GmbH is not responsible. Depending on the applicable state law, any recovery by any plaintiff or the purported class is barred in full, or is diminished in proportion to the amount of negligence, fault, carelessness, misuse, or abuse attributable to other persons or entities. Additionally, any damage, loss, or liability, must be reduced, diminished, and/or eliminated in proportion to the acts, omissions, and conduct of other entities or individuals other than Bosch GmbH under the principles

of equitable allocation, recoupment, set-off, contribution, proportionate responsibility, comparative fault, or other applicable law.

## FOURTEENTH AFFIRMATIVE DEFENSE

*(Defenses by Others)*

Any affirmative defenses pleaded by Mercedes-Benz USA, LLC, Daimler AG, or Bosch LLC and not pleaded by Bosch GmbH are incorporated herein to the extent they do not conflict with Bosch GmbH's affirmative defenses.

## FIFTEENTH AFFIRMATIVE DEFENSE

*(Absent Class Members)*

With respect to the absent putative class members, Bosch GmbH reserves all affirmative defenses.  Bosch GmbH reserves its right to assert counterclaims as may be appropriate.

## RESERVATION OF RIGHTS

Bosch GmbH currently has insufficient knowledge or information upon which to form a belief as to any other potential affirmative defenses that may be available to it, and expressly reserves the right to amend or supplement this Answer and affirmative defenses, as well as to assert any and all additional or alternative defenses under any applicable law or regulations in the event that discovery indicates that such defenses are available.  Assertion by Bosch GmbH of any affirmative defense(s) or any other defense(s) shall not be deemed a concession that Bosch GmbH bears the burden of proof with respect to any of them.  Bosch GmbH reserves its right to assert counterclaims as may be appropriate.

## REQUEST FOR RELIEF

WHEREFORE, Bosch GmbH denies that Plaintiffs are entitled to any relief and respectfully requests a judgment against Plaintiffs as follows:

A.      That Plaintiffs take nothing by their Complaint in this action;

B.      That the Court enter judgment against Plaintiffs and in favor of Bosch GmbH, and that the Complaint in this action be dismissed with prejudice as to Bosch GmbH;

C.      That the Court award Bosch GmbH any and all other relief to which it may be entitled, or which the Court deems just and proper.

## LOCAL CIVIL RULE 11.2 CERTIFICATION

Pursuant to Local Civil Rule 11.2, the undersigned hereby certifies that, to the best of his knowledge, the matters in controversy are not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Date: May 26, 2020                                    Respectfully submitted,

                                         */s/ Jeffrey A. Rosenthal*
                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                        Jeffrey A. Rosenthal
                                        Carmine D. Boccuzzi
                                        One Liberty Plaza
                                        New York, NY 10006
                                        (212) 225-2000 (Phone)
                                        (212) 225-2086 (Fax)
                                        jrosenthal@cgsh.com

                                        Matthew D. Slater
                                        2112 Pennsylvania Avenue, NW
                                        Washington, D.C. 20037
                                        (202) 974-1500 (Phone)

(202) 974-1999 (Fax)
mslater@cgsh.com

*Counsel for Defendant Robert Bosch GmbH*