UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-cv-0881-KM-ESK |

**STIPULATION AND ORDER OF DISMISSAL OF
PLAINTIFF KEITH CANEIRO WITHOUT PREJUDICE**

**WHEREAS** Plaintiffs filed the initial complaint in this action on February 18, 2016 (ECF No. 1);

**WHEREAS** Keith Caneiro was first named as a Plaintiff in this action in the Second Consolidated and Amended Class Action Complaint filed on December 16, 2016 (ECF No. 60), and remained as a Plaintiff in subsequent amendments to the complaint;

**WHEREAS** it has come to counsels' attention that Plaintiff Caneiro unfortunately passed away on November 20, 2018;

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiffs and Defendants Mercedes-Benz, USA LLC, Daimler AG, Robert Bosch LLC, and Robert Bosch GmbH, through their respective undersigned counsel of record, that Plaintiff Keith Caneiro is voluntarily dismissed from this litigation without prejudice. Furthermore, in agreeing to this stipulation, Defendants reserve all rights with respect to Mr. Caneiro and are not waiving any defenses.

DATED: July 31, 2020

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & GNELLO, P.C.** *Interim Lead Counsel for Plaintiffs and the Proposed Classes* | **GIBSON, DUNN & CRUTCHER LLP** *Attorneys for Defendants Mercedes-Benz USA LLC and Daimler AG* |
| By: /s/ James E. Cecchi          JAMES E. CECCHI | By: /s/ Lucas C. Townsend          LUCAS C. TOWNSEND |

-1-

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| *Interim Lead Counsel for Plaintiffs and the Proposed Classes* | *Attorneys for Defendants Robert Bosch LLC and Robert Bosch GmbH* |
| By: /s/ Steve W. Berman | By: /s/ Jeffrey A. Rosenthal |
| STEVE W. BERMAN | JEFFREY A. ROSENTHAL |

**SEEGER WEISS LLP**
*Other Attorneys for Plaintiffs and the Proposed Classes*

By: /s/ Christopher A. Seeger
    CHRISTOPHER A. SEEGER

**IT IS SO ORDERED.**

DATED: August 3, 2020

                                            /s/ Kevin McNulty

                                         Kevin McNulty
                                         United States District Judge