UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-cv-0881 (KM) (ESK) |

**STIPULATION OF DISMISSAL OF PLAINTIFFS
<u>JIMMY BIRD AND ZBIGNIEW KURZAWA</u>**

James E. Cecchi
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

Steve W. Berman
Sean R. Matt
Andrew M. Volk
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: sean@hbsslaw.com
Email: andrew@hbsslaw.com

*Interim Co-Lead Counsel for Plaintiffs*
(additional counsel on signature page)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, through their respective undersigned counsel of record, hereby stipulate and agree that Plaintiffs Jimmy Bird and Zbigniew Kurzawa are voluntarily dismissed from this litigation without prejudice.

DATED: September 15, 2020

**STIPULATED AND AGREED:**

By   */s/ James E. Cecchi*
    JAMES E. CECCHI

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & GNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey  07068
Tel:  (973) 994-1700
Fax: (973) 994-1744

By:   */s/ Lucas C. Townsend*
    LUCAS C. TOWNSEND

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Tel:  (202) 955-8500

*Attorneys for Defendants Mercedes-Benz USA, LLC and Daimler AG*

By:   */s/ Steve W. Berman*
    STEVE W. BERMAN

Steve W. Berman
Sean R. Matt
Andrew M. Volk
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington  98101
Tel:  (206) 623-7292
Fax: (206) 623-0594

*Interim Co- Lead Counsel for Plaintiffs*

By:   */s/ Christopher A. Seeger*
     CHRISTOPHER A. SEEGER
Christopher A. Seeger
Jennifer R. Scullion
David R. Tawil
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Other Attorneys for Plaintiffs and the Proposed Classes*

By:   */s/ Jeffrey A. Rosenthal*
     JEFFREY A. ROSENTHAL
Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
Jennifer Kennedy Park
Abena A. Mainoo
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006-1470
Telephone: (212) 225-2000
Fax: (212) 225-3999
jrosenthal@cgsh.com
cboccuzzi@cgsh.com
jkpark@cgsh.com
amainoo@cgsh.com

Matthew D. Slater
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20037
Telephone: (202) 974-1500
Fax: (202) 974-1999
mslater@cgsh.com

*Counsel for Defendants Robert Bosch LLC and Robert Bosch GmbH*