James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com

*Attorneys for Plaintiffs and the Class*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCEDES-BENZ EMISSIONS LITIGATION | Civil Action No. 2:16-0881 (KM) (ESK) <br><br> **NOTICE OF MOTION** |

To:   All Counsel by ECF

COUNSEL:

PLEASE TAKE NOTICE that on July 12, 2021, at 10:30 a.m. at the United States District Court for the District of New Jersey, located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, Plaintiffs, by counsel, shall move under Rule 23(h) of the Federal Rules of Civil Procedure, for an award of attorneys' fees and reimbursement of costs from the Settlement with Mercedes-Benz USA, LLC and Daimler AG, and the Settlement with Robert Bosch GmbH and Robert Bosch LLC.

PLEASE TAKE FURTHER NOTICE that Plaintiffs' motion is supported by the accompanying Memorandum of Law and supporting Declaration of James E.

704539v1

Cecchi and exhibits to it, filed concurrently with this Notice of Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order will be included with Plaintiffs' submissions supporting Final Approval of these Settlements.

Dated:  April 22, 2021

Respectfully submitted,

*/s/ James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com
Email: decklund@carellabyrne.com

Steve W. Berman
Sean R. Matt
Andrew M. Volk
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: sean@hbsslaw.com
Email: andrew@hbsslaw.com

Christopher A. Seeger
Jennifer R. Scullion
David R. Tawil
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
Email: cseeger@seegerweiss.com
Email: jscullion@seegerweiss.com
Email: dtawil@seegerweiss.com

*Attorneys for Plaintiffs and the Class*