

April 20, 2022

Via Federal Express
The Honorable Kevin McNulty
United States District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: In re Mercedes-Benz Emissions Litigation, No. 2:16-cv-881

Dear Judge McNulty:

JND Legal Administration ("JND") is the Settlement Administrator for the class settlements in the above-referenced litigation. I am a Vice President of Operations at JND and am writing in response to the letter dated March 28, 2022 submitted by Douglas Gingrave and Teresa Gingrave to the Court regarding the status of their claims in the class settlements.

JND has communicated with the Gingraves on several occasions regarding the status of their claims. Most recently, I personally spoke to Mr. Gingrave on March 30, 2022 and let him know that JND would be issuing his payment and the payment for Teresa Gingrave on March 31, 2022.

On March 31, 2022, JND sent a check to Mr. Gingrave in the amount of $3,590. On the same day, JND sent a check to Teresa Gingrave in the amount of $3,515. Our records reflect that both checks were cashed on April 5, 2022.

Respectfully Submitted,

Lorri Staal

Lorri Staal

cc: Counsel of Record (via email)

JND Legal Administration
1100 2nd Ave, Suite300
Seattle, WA 98101

The Honorable Kevin McNulty
US District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608